THOMAS A. RUSSELL (SBN 108607)
trussell@portofsandiego.org
ELLEN F. GROSS (SBN 149217)
egross@portofsandiego.org
JOHN N. CARTER (SBN 246886)
jcarter@portofsandiego.org
**SAN DIEGO UNIFIED PORT DISTRICT**
**OFFICE OF THE GENERAL COUNSEL**
3165 Pacific Highway
P.O. Box 120488
San Diego, CA 92112-0488
Tel: (619) 686-6219
Fax: (619) 686-6444

*Attorneys for the San Diego Unified*
*Port District*

VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Ste. 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929

*Attorneys for the City of Imperial Beach,*
*the San Diego Unified Port District, and the*
*City of Chula Vista*

GLEN R. GOOGINS (SBN 137977)
ggoogins@chulavistaca.gov
BART J. MIESFELD (SBN 126056)
bmiesfeld@chulavistaca.gov
**CITY OF CHULA VISTA**
**OFFICE OF THE CITY ATTORNEY**
276 4th Avenue
Chula Vista, CA 91910
Tel: (619) 691-5037
Fax: (619) 409-5823

*Attorneys for the City of Chula Vista*

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, a municipal corporation, SAN DIEGO UNIFIED PORT DISTRICT, a public corporation, and CITY OF CHULA VISTA, a municipal corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, an agency of the United States, and VEOLIA WATER NORTH AMERICA – WEST, LLC,<br><br>Defendants. | Case No.  **'18 CV0457 JM   JMA**<br><br>**COMPLAINT FOR:**<br><br>1. DISCHARGES WITHOUT A NPDES PERMIT, 33 U.S.C § 1311(a);<br>2. DISCHARGES IN VIOLATION OF A NPDES PERMIT, 33 U.S.C. § 1311(a); and<br>3. IMMINENT AND SUBSTANTIAL ENDANGERMENT UNDER RCRA, 42 U.S.C. § 6972(a)(1)(B). |

**COMPLAINT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## TABLE OF CONTENTS

I.     INTRODUCTION.................................................................................................. 1

II.    PARTIES ............................................................................................................. 5

       A.    Plaintiffs ................................................................................................... 5

       B.    Defendants ............................................................................................... 7

III.   JURISDICTION AND VENUE......................................................................... 8

IV.    FACTUAL ALLEGATIONS ............................................................................ 9

       A.    The Tijuana River Valley and Estuary..................................................... 9

       B.    USIBWC Facilities in the Tijuana River Valley..................................... 11

       C.    Pollution and Waste Regularly and Frequently Discharge or Otherwise Escapes from USIBWC Facilities. ........................................................... 14

       D.    Pollutants and Wastes Discharging from USIBWC Facilities................... 16

V.     CAUSES OF ACTION ....................................................................................... 18

       FIRST CAUSE OF ACTION
       33 U.S.C. §§ 1311(a) ........................................................................................... 18

       SECOND CAUSE OF ACTION
       33 U.S.C. §§ 1311(a) & 1342 .............................................................................. 20

       THIRD CAUSE OF ACTION
       42 U.S.C. § 6972(a)(1)(B) ................................................................................... 21

VI.    PRAYER FOR RELIEF...................................................................................... 23

I.      **INTRODUCTION**

1.      Plaintiffs the City of Imperial Beach ("Imperial Beach"), the San Diego Unified Port District ("Port District"), and the City of Chula Vista ("Chula Vista") (together, "Plaintiffs" or "Citizens") have beseeched the federal government through political, diplomatic, regulatory, and administrative avenues to address devastating pollution discharges that injure the Plaintiffs and their constituents. The government has repeatedly failed to act. Plaintiffs now bring this action to halt Defendants' ongoing, severe, and dangerous violations of the Federal Water Pollution Control Act, also known as the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq.*, and the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901 *et seq*.

2.      Defendants the International Boundary and Water Commission – United States Section ("USIBWC") and Veolia Water North America – West, LLC ("Veolia") own and operate, respectively, flood control and wastewater collection and treatment infrastructure in the Tijuana River Valley,[1] a sprawling and largely untouched natural open space area adjacent to Plaintiffs'



---

[1] As used herein, "Tijuana River Valley" and "Valley" refer to the land approximately bounded by the Cities of Imperial Beach and San Diego to the North, Interstate 5 to the East, the U.S./Mexico Border to the South, and the Pacific Ocean to the West. This area contains the Tijuana River and Estuary and all of the USIBWC facilities described herein. All illegal

southern boundaries. In operating their infrastructure, Defendants assumed a critical responsibility: to protect local communities from pollution flowing through the Tijuana River Valley, United States coastal waters, and onto beaches in the United States.

3.       Defendants have utterly failed to fulfill their legal and moral mandates. The above photograph, taken in February 2017 after a massive pollutant discharge from Defendants' facilities, depicts and enormous plume of sewage and other pollution migrating from the Tijuana River ("River") mouth toward the City of Imperial Beach in the upper left corner. Unfortunately, pollution discharge events such as the one depicted above have become routine. Human sewage, enormous volumes of sediment, industrial wastes, pesticides, massive amounts of trash, and a host of other nefarious pollutants from Defendants' facilities barrage the Tijuana River, its Estuary, the Pacific Ocean, and the Imperial Beach beachfront, contaminating those natural resources, stigmatizing the beachfront as unclean and unsafe, and sickening members of the public who use the Tijuana River Valley, the beach, and the ocean for recreation.

4.       These discharges create severe public health risks in the Tijuana River Valley and along the Imperial Beach beachfront. Untreated and partially treated human and industrial wastewater flowing through the Tijuana River Valley contains human pathogens and toxins that create a hazard to public health through poisoning and/or the spread of disease. Toxins and human bacterial and viral pathogens, including, but not limited to, hepatitis, enteroviruses, and vibrio, have been and will continue to be present in and around coastal beaches in the absence of abatement measures. Currents and other natural conditions carry these pollutants from the Tijuana River Valley to multiple beaches in and around Imperial Beach.

5.       Additionally, discharges of sewage, trash, tires, sediment, and other wastes to the Tijuana River Valley impact surface waters and recreational and ecological resources in the Valley. The image below depicts an ephemeral waterway in the Valley clogged with sediment, tires, and other garbage. Pollution of this nature upends the ecological equilibrium in the Valley,

_____

discharges and/or disposal of pollutants and solid and/or hazardous wastes described herein occur in the Tijuana River Valley.

requires significant manpower and expense to remediate, and presents a latent hazard of releasing toxins and other hazardous materials contained within with subsequent wastewater flows.



6.     Despite years of attempted collaborative processes involving Plaintiffs, Defendants, other local stakeholders, pertinent state and federal agencies, and others, Defendants have failed to take meaningful action to address the known and anticipated discharges of pollutants from their facilities. Instead of addressing these issues, Defendants falsely herald their past achievements, while the pollution flowing through the Tijuana River onto local beaches grows ever more severe.

7.     Accordingly, Plaintiffs notified Defendants of their intent to sue over Tijuana River Valley pollution discharges on September 27, 2017. That notification compelled USIBWC to initiate yet another discussion of solutions in the Valley. At the resulting meeting on December 12, 2017, the Water Board asked USIBWC to declare its commitment to constructing several "Priority Projects" to finally resolve pollution flowing through the Tijuana River Valley. These

projects, memorialized in a January 26, 2018 Water Board memorandum, are not new; Defendants have been aware of the need to implement these projects for years. These projects include: (1) a main river channel pollution interception facility with a conveyance to Defendants' existing wastewater treatment facility in the Valley; (2) enhanced wastewater capture and control facilities in the hills west of the Tijuana River's intersection with the international border, including a new collector/diversion in Yogurt Canyon; and (3) a functioning water quality monitoring and assessment program. These projects would substantially prevent, if not eliminate, illegal discharges of pollutants and solid and/or hazardous wastes from Defendants' facilities.

8.     Since the December 12 meeting, more than seventeen new pollution events have occurred in the Tijuana River Valley, and over three million gallons of wastewater containing sewage, industrial wastes, pesticides, and other contaminants have passed through Defendants' facilities and emptied into the Tijuana River Valley, forcing beach closures and public health advisories for Imperial Beach beachfront users.

9.     USIBWC provided a response to the Water Board's memorandum on March 1, 2018. Therein, Defendants refused to accept responsibility for and fund, let alone build, any of these projects. Had Defendants implemented those projects when their need was first-identified, virtually all of the pollution events in the Valley since the December 12 meeting would have been prevented.

10.     Solutions in the Tijuana River Valley are a matter of relatively straightforward engineering: a few critical infrastructural upgrades to collect and treat wastewater flows and to manage sediment and other solid waste in the Valley. Yet, Defendants have failed to even commit to undertaking these projects, meaning that unchecked pollution and Defendants' legal violations will continue indefinitely. The law does not authorize such an unconscionable result. Accordingly, Plaintiffs bring this lawsuit to compel Defendants' compliance with the Clean Water Act and the Resource Conservation and Control Act, to eliminate pollution in the Tijuana River Valley flowing onto beaches, and to finally protect the local communities and the people of the State of California.

II.    **PARTIES**

    A.    **Plaintiffs**

    11.    **The City of Imperial Beach** is a California General Law City and municipal corporation, duly organized and existing by virtue of the laws of the State of California.

    12.    The City is located in San Diego County, California. It is bordered by the Tijuana River Valley to the South, the City of San Diego to the East, San Diego Bay to the North, and the Pacific Ocean to the West. The City is adjacent to approximately seven miles of beach.

    13.    Imperial Beach depends on beach and ocean access as a main driver of its economy, and its constituents rely on those facilities for recreation. However, the City's beachfront is regularly subjected to regulatory advisories and closures due to Tijuana River Valley pollution pouring unabated through the River. For instance, portions of the City's beachfront were closed for more than two hundred days in 2015, and over 160 days in both 2016 and 2017.

    14.    The presence of the pollutants and solid and/or hazards wastes, in Imperial Beach's environs, including, but not limited to those identified herein, and the danger of that pollution, is widely publicized via news reports, among other manners of communication, both generally and during acute pollution events. That public knowledge diminishes the number of users of Imperial Beach's beachfront coming to and conducting economic activity in Imperial Beach. Moreover, that public knowledge has stigmatized the City of Imperial Beach as associated with pollution and health hazards. All of these impacts result in decreased revenue to the City.

    15.    For instance, the near-constant presence of pollution in the Tijuana River Valley causes health hazards in and near the City of Imperial Beach, among other physical impacts. Those impacts negatively stigmatize the City's desirability as a residence or place of business, thereby diminishing property values in the City and diminishing assessable property value in the City. The City suffers a decrease in property tax revenue as a result of that pollution.

    16.    Additionally, such health hazards diminish the number of visitors willing to visit and spend money in Imperial Beach. Known for its miles of sandy beach and popular surf breaks, the City is injured when regulatory closures prevent the public from utilizing the City's beachfront. Moreover, the number of visitors at Imperial Beach relative to other similarly situated beach

communities is diminished because of the pollution and public health stigma associated with the Tijuana River Valley and City. Diminished economic activity caused by reduced tourism has caused and will continue to cause diminished sales tax revenue to the City.

17.     The City has committed significant staff time and other resources to public processes intended to resolve water quality violations in the Tijuana River Valley, including, but not limited to, the Treaty of February 3, 1944, for the Utilization of Waters of the Colorado and Tijuana Rivers and of the Rio Grande's ("Treaty of 1944") Minute 320 Binational work groups, and the Tijuana River Valley Recovery efforts. The City would not have committed that time or expended those resources on its participation in those processes but for the water pollution problems in the Tijuana River Valley arising out of Defendants' violations of the CWA and RCRA.

18.     The quality of life in Imperial Beach and of people residing, working, and recreating in and near the Tijuana River Valley is compromised by sewage-contaminated waters, along with the associated odors and poor air quality.

19.     **The San Diego Unified Port District** is a public entity created by the San Diego Unified Port District Act, California Harbors & Navigation Code, Appendix 1, § 1 et seq.

20.     The Port District is the successor to the powers vested in the cities that make up the Unified Port District, and the powers of those cities related to these properties are vested in the Port District, including the right to sue and be sued. The Port District is authorized to use its powers and authority to protect and enhance physical access to, natural resources within, and the water quality of the natural resources under its charge.

21.     The Port District is a trustee for the people of the State of California, and holds and manages tidelands and submerged lands in and around San Diego Bay and certain portions of the Pacific Ocean for the benefit of the people of the State of California, and specifically, "for the promotion of commerce, navigation, fisheries, and recreation." The Port District holds and exercises land management authority over portions of the beach and submerged lands under the Pacific Ocean that are negatively impacted when the pollution that is the subject of this Complaint contaminates those resources. These lands and the ocean have been and will continue to be injured by the discharges of pollutants from Defendants' facilities in the Tijuana River Valley, which

1   injure resident and migratory flora and fauna, diminish the aesthetic beauty of those lands, and

2   injure the invaluable public resources subject to the Port District's trusteeship.

3        22.    **The City of Chula Vista** is a California Charter City and municipal corporation,

4   duly organized and existing by virtue of the laws of the State of California and the Charter of the

5   City of Chula Vista. The City has the power to sue and be sued.

6        23.    The City is located in San Diego County, California, adjacent to the San Diego Bay,

7   and in close proximity to the Tijuana River Valley and the Imperial Beach beachfront. Chula Vista

8   constituents regularly use and enjoy the beach and ocean in and around Imperial Beach.

9        24.    Tijuana River Valley pollution and consequent beach closures injure Chula Vista's

10  reputation for, and interest in protecting, its actual quality of life. Chula Vista depends on its

11  proximity to the Imperial Beach as an essential element of the quality of life it affords its citizens,

12  employees, and resident businesses. That proximity to the beach induces individuals and

13  businesses to come to and conduct economic activity in Chula Vista; however, due to

14  frequent closures of the Imperial Beach beachfront, Chula Vista loses the benefit of that

15  proximity, and the attendant boost to both its actual quality of life. This damages the City's

16  reputation, by creating the appearance that the City does not offer its residents nearby ocean access

17  despite the fact that it does; and creating the appearance that Chula Vista provides access to a

18  beach that is unsafe and unclean. That diminished reputation depresses property values and

19  economic activity in, and attendant tax revenue to, the City of Chula Vista.

20       25.    Defendants' ongoing violations of the CWA and RCRA are the primary causes of

21  pollution in the Tijuana River Valley and along the Imperial Beach beachfront. Defendants'

22  ongoing violations of the CWA and RCRA have actually injured and will imminently injure

23  Plaintiffs unless those violations cease immediately.

24      **B.**     **Defendants**

25       26.    **The International Boundary and Water Commission** – U.S. Section

26  ("USIBWC") is an agency and instrumentality of the United States government. USIBWC is the

27  agency charged with addressing transboundary issues arising out of agreements between the

28  United States and Mexico, including, but not limited to, the Treaty of 1944.

27.     Among USIBWC's responsibilities under the Treaty of 1944 is the responsibility to address transboundary sanitation problems that arise due to the transboundary nature of the Tijuana River watershed. Indeed, the Treaty of 1944 obligates USIBWC to "give preferential attention to the solution of all border sanitation problems." USIBWC defines a "border sanitation problem" to include "each case in which waters that cross the boundary, including coastal waters…have sanitary conditions that present a hazard to the health and well-being to inhabitants on either side of the border or impair the beneficial uses of those waters."

28.     To carry out those treaty obligations, USIBWC has constructed, operated and/or contracted to operate, and maintained flood control and wastewater collection, conveyance, and treatment infrastructure in the Tijuana River Valley. These facilities are described in detail *infra* at Section IV. B.

29.     **Veolia Water North America – West, LLC** ("Veolia"), is a limited liability company incorporated in Delaware. Veolia maintains its corporate headquarters in Boston, Massachusetts, and maintains officers in Walnut Creek, Contra Costa County, California, and San Diego, San Diego County, California. Veolia contracts with USIBWC to, and does, operate and maintain the South Bay International Wastewater Treatment Plant and its associated facilities in San Diego, San Diego County, California. Veolia is a wholly owned subsidiary of Veolia Water North America Operating Services, LLC.

30.     Veolia purposefully availed itself of the privilege of conducting activities within the Southern District of California, including by contracting to operate and operating the South Bay International Wastewater Treatment Plant in San Diego County, California.

## III.     JURISDICTION AND VENUE

31.     This action involves conduct, injuries, and rights to relief that present federal questions arising under the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq.*, and the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901 *et seq*. Accordingly, this court has jurisdiction over the subject matter of this action pursuant to 33 U.S.C. § 1365(b), 42 U.S.C. § 6972(a), and 28 U.S.C. § 1331.

32.     Defendants the USIBWC and Veolia were served with a notice of the Plaintiffs' intent to sue for violations of the CWA, and notice of an imminent and substantial endangerment and the Plaintiffs' intent to sue for violations of RCRA, via certified mail and registered mail, return receipt requested, on September 27, 2017. More than ninety days have passed since Defendants each received the Notice Letter. Defendants have not remedied the CWA and RCRA violations that are the subject of the Notice Letter and this Complaint. No regulatory agency has commenced and is diligently prosecuting any action to address the contamination that is the subject of this action. A copy of Plaintiffs' combined CWA and RCRA "Notice of Intent" letter is attached as Exhibit A.

33.     Venue is proper in the Southern District of California pursuant to 28 U.S.C. § 1391(b), 33 U.S.C. § 1365(c)(1), and 42 U.S.C. § 6972(a) because the acts and omissions giving rise to this claim, the water pollutant discharge sources of the effluent standard and limitation violations described herein, and the imminent and substantial endangerment arising therefrom, all occurred and/or are located in San Diego County, California, in the Southern District of California.

34.     The United States District Court for the Southern District of California has jurisdiction to, *inter alia*, order civil penalties and grant equitable relief including an order to comply with the CWA and applicable permits thereunder. 33 U.S.C. §§ 1319(g); 1365(a). Additionally, the Court has jurisdiction under RCRA to enjoin Defendants' conduct contributing to the imminent and substantial endangerment to human health and the environment present in the Tijuana River Valley.

## IV.     FACTUAL ALLEGATIONS

### A.     The Tijuana River Valley and Estuary.

35.     The Tijuana River watershed drains into the Tijuana River, which flows northwesterly from Mexico and crosses the international border near the neighborhood of San Ysidro in San Diego, San Diego County, California.

36.     Upon crossing the border, the Tijuana River veers westward for approximately one mile. Thereafter, the River meanders northwesterly through the largely undeveloped Tijuana River

Valley for several miles, develops into an estuary near the coast, and ultimately empties into the Pacific Ocean immediately south of the City of Imperial Beach.

37.    The Tijuana River, the Tijuana River Estuary, and the Pacific Ocean are "navigable" in the traditional sense of the word.

38.    The Tijuana River Valley is bordered to the South by an east-west range of hills that span from the Tijuana River's intersection with the U.S. Mexico Border to the Pacific Ocean. The U.S. Mexico border is located in these hills, at a higher elevation than the Tijuana River. Thus, fugitive wastewater, precipitation, and other water in this portion of the City of Tijuana tends to flow downhill, into U.S. waters that transit the border at several canyons and ravines that are hydrologically connected to the Tijuana River and Estuary and the Pacific Ocean.

39.    The image below depicts the Tijuana River Valley and major features therein. The primary canyons and ravines described in ¶38 that naturally drain into the Tijuana River and Estuary are demarcated with stars.



⭐ Approximate locations of cross-border tributaries

40.    The Valley is an important recreational resource, and contains trails for biking, hiking, and horseback riding. The beach at the western edge of the Valley provides additional

terrestrial and aquatic recreational opportunities. The Tijuana River Estuary, located in the Valley, is an important ecological resource. It is a marine-dominated estuary designated as a Wetland of International Importance by the Ramsar Convention in 2005. It has several sensitive habitats, such as sand dunes and beaches, vernal pools, tidal channels, mudflats, and coastal sage scrub. The Estuary contains one of the few salt marshes left in California. The Estuary provides critical habitat for several endangered species; nursery grounds for commercially-important fish species; and an essential breeding, feeding and nesting area and a stopover point on the Pacific Flyway for both native and migratory birds. In recognition of the Tijuana River Valley's recreational and ecological importance, areas of the Valley have been protected under the California State Park System, the National Estuarine Research Reserve System, and the National Wildlife Refuge System.

41. Polluted water enters the main channel Tijuana River in Mexico and the natural drainages west of the river. Poorly constructed and maintained wastewater collection facilities, lax regulation, and substandard pollution prevention practices, among other factors, all contribute to pollution in the Mexican section of the Tijuana River and in the drainages. Fugitive wastewater from street runoff, residences, industrial operations, agricultural fields, broken sewerage, and other sources located in Mexico moves through the Tijuana River watershed, a substantial portion of which enters the United States and ultimately flows to the Pacific Ocean and Imperial Beach beachfront.

42. Defendants are aware that water crossing the border via the main channel Tijuana River and the natural drainages west of the River is polluted.

43. Polluted water that crosses the border via the main channel Tijuana River or the natural drainages west of the Tijuana River ultimately flows downstream and into the Pacific Ocean, where currents, tides, winds, storms, and/or other influences cause it to drift along, and deposit onto, the Imperial Beach beachfront and adjacent marine and tidal lands and waters.

**B.** **USIBWC Facilities in the Tijuana River Valley.**

44. The following illustration depicts a schematic of the transboundary wastewater infrastructure that includes USIBWC's facilities here at issue. This image represents the facilities and flow progression. It is not to scale.



45.     At all relevant times, USIBWC has owned and controlled the South Bay International Wastewater Treatment Plant ("South Bay Plant" or the "Plant"). The Plant is located in the Tijuana River Valley in the City of San Diego, San Diego County, California. It is situated between the Tijuana River to the north and the international border to the south, and immediately west of the intersection of the border and the Tijuana River. The Plant is depicted in the schematic above by a yellow polygon marked "SBIWTP."

46.     The South Bay Plant and its associated facilities operate under and are subject to the terms of National Pollution Discharge Elimination System ("NPDES") permit CA0108928 (California Waste Discharge Requirement Order R9-2014-0009 as amended by Order R9-2014-0094) ("South Bay Plant NPDES permit").

47.     The South Bay NPDES permit authorizes discharges of pollutants *only* at the South Bay Ocean Outfall, and only after such pollutants have gone through secondary treatment

at the South Bay Plant. All other discharges are prohibited.

48.     At all relevant times, Defendant Veolia has contracted to operate and maintain the South Bay Plant and its associated facilities. Veolia is also bound to comply with the terms of the South Bay Plant NPDES permit.

49.     The South Bay Plant is the main wastewater treatment plant in a transboundary sewage system that USIBWC co-operates with CILA. The primary influent to the Plant is sewage from Mexico. A pipe and pump system originating in Mexico conveys domestic sewage from the sewage collection system in Tijuana across the border and directly into the Plant. The Plant processes influent to secondary treatment levels and discharges treated wastewater through the South Bay Ocean Outfall. The Outfall's discharge point is located in U.S. waters of the Pacific Ocean, several miles off of San Diego, California.

50.     Among the collection facilities in the transboundary sewage system is a diversion structure in the Mexican section of the Tijuana River (the "CILA Diversion") designed to divert flows in the main river channel into the transboundary sewage system. The CILA diversion frequently malfunctions, allowing sewage to flow freely through the main river channel into the United States.

51.     Immediately after the River crosses the international border, it continues its path through a concrete-lined aqueduct that directs flow due westward, away from the River's natural and historical northerly course. This "flood control conveyance" is a discrete concrete-lined channel with banked sides that begins at its attachment with the Mexican portion of the channelized Tijuana River at the international Border and terminates 0.9 miles downstream in the Tijuana River Valley. At its terminus, water flowing through the flood control conveyance discharges to the unlined, unimproved portion of the Tijuana River. At all relevant times, USIBWC has owned and maintained the flood control conveyance, which is designed to redirect the River's flow to prevent flooding in the San Ysidro neighborhood in San Diego.

52.     There is no facility on the U.S. side of the border within the flood control conveyance or downstream thereof to capture and collect wastewater flows through the main channel Tijuana River. Thus, any wastewater flow that enters the United States from Mexico via

the main river channel and flood control conveyance is not, and cannot be, collected for treatment and appropriate discharge.

53.     To address fugitive wastewater that escapes Tijuana's wastewater collection system and flows into the United States via the natural drainages west of the Tijuana River's intersection with the border, USIBWC owns and operates five "canyon collectors." These facilities are named for the natural drainages in which each is located: Goat Canyon Diversion Structure, Smugglers Gulch Diversion Structure, Silva Drain Canyon Collector, Canyon del Sol Collector, and Stewarts Drain Canyon Collector (collectively, "canyon collectors").

54.     The canyon collectors also operate under and are subject to the South Bay Plant NPDES permit.

55.     The canyon collectors are designed to capture and detain wastewater originating in Mexico immediately after it crosses the U.S./Mexico Border into the United States. Each facility shares the same basic design: either directly or via a concrete channel with its entrance abutting the border fence, these facilities collect and direct wastewater into a shallow detention basin. Wastewater in the basin is then directed to a drain regulated by a valve, and conveyed, via pump or gravity, to the South Bay Plant.

56.     The natural drainages in which the canyon collectors are located are either "navigable" in the traditional sense of the word or are hydrologically connected to the Tijuana River and Estuary and ultimately the Pacific Ocean. Pollutants and solid and/or hazardous wastes discharged or released to these drainages substantially impact downstream water quality.

**C.     Pollution and Waste Regularly Discharge or Otherwise Escape from USIBWC Facilities.**

57.     Pollutants and solid and/or hazardous waste discharges from the flood control conveyance are so frequent as to be ongoing and continuous. These flow events cause severe and extensive pollution in the Tijuana River Valley, and eventually flow adjacent to and past, and cause injury to, Imperial Beach, its associated beachfront, and lands and property controlled by the Port District.

58.     Since 2015, hundreds of millions of gallons of wastewater have discharged from

the flood control conveyance to the Tijuana River and ultimately the Pacific Ocean in discrete events, some lasting several days.

59.     Exhibit B is a table listing known dry-weather discharge events from the flood control conveyance since 2015. Defendants document these discharges in Spill Reports to the San Diego Regional Water Quality Control Board ("Regional Board") as required under the South Bay Plant NPDES permit. Additional flood control conveyance discharges of pollutants occur during virtually every wet weather event.

60.     Such events typically occur due to failures of wastewater collection infrastructure in Mexico, which USIBWC co-manages with CILA, pursuant to Treaty of 1944 Minute 283. Minute 283 laid the groundwork for the transboundary sewage collection, conveyance and treatment system that includes the South Bay Plant and the CILA Diversion. Under Minute 283, USIBWC cooperatively operates and maintains with Mexico portions of the transboundary collection, conveyance, and treatment system.

61.     Wastewater that flows through and discharges from the flood control conveyance contains sewage, industrial waste, and other pollutants and solid and/or hazardous wastes that should have been conveyed to the South Bay Plant or treated in Mexico. Instead, these flows continue through the river channel and discharge to the altered, present-day course of the Tijuana River immediately east of the South Bay Plant. These flows do not undergo any water quality treatment before they are discharged.

62.     When flow in the collector exceeds the canyon collector's capacity, or when the drain is closed during storm events, wastewater flows escape into the natural drainages that are tributaries to the Tijuana River and Estuary, or are deposited on the periphery of the canyon collector or the banks of those tributaries.

63.     Since 2015, Defendants have documented that several millions of gallons of wastewater have discharged from the canyon collectors to the Tijuana River and the natural drainages that are tributary to the Tijuana River and Estuary, in hundreds of discrete events.

64.     Exhibit C is a table listing discharge events at each of the canyon collectors since 2015 for which Defendants prepared Spill Reports as required under the South Bay Plant NPDES

permit. Spill Reports describe the estimated volume of the specific discharge event, the receiving water, and results of any water quality sampling identifying constituent pollutants and solid and/or hazardous wastes.

65.     Exhibit D is a table listing other discharge events at each of the canyon collectors since August 30, 2015 that Defendants documented in daily canyon collector inspection reports as required under the South Bay Plant NPDES permit. These discharges are reported as "signs of sewage overflows in [the] past 24 hours," or as flows that were observed to have broken containment from a canyon collector. Beyond these daily reports, Defendants do not investigate the cause of these discharges, do not estimate total volume of these discharges, and do not undertake water quality sampling of the discharged wastewater to identify constituent pollutants and solid and/or hazardous wastes. The receiving water for each discharge listed in Exhibit D is the natural drainage channel for which the pertinent canyon collector is named. Each of the natural drainage channels is a hydrologically-connected tributary to the Tijuana River and Estuary, and ultimately the Pacific Ocean.

66.     Each and every discharge event at the canyon collectors contains pollutants and solid and/or hazardous wastes.

**D.     Pollutants and Wastes Discharging from USIBWC Facilities and their Impacts.**

67.     Known discharges from the flood control conveyance are not regularly sampled for the complete range of water quality parameters necessary to understand the full impact of these pollution events. However, routine bacteriological sampling at Dairy Mart Bridge, just downstream of the termination of the conveyance, indicates that, at a minimum, pollutants including *e. coli*, total coliforms, and enterococcus are present in virtually every flow event that discharges from the flood control conveyance into surface water in the riverbed.

68.     *E. coli*, total coliforms, and enterococcus are indicator bacteria demonstrating the presence of fecal contamination in water.

69.     Flood control conveyance discharges also contain substantial quantities of solid waste, including, but not limited to, sediment, trash, garbage, and other refuse. Used automobile

1    tires are particularly common component of the refuse carried by flood control conveyance

2    discharges into the Tijuana River Valley, where they are deposited on the banks of the estuary.

3         70.    Water quality sampling of flood control conveyance discharges during discovery

4    will reveal that myriad other pollutants and solid and/or hazardous wastes are present in all flood

5    control conveyance discharges, including, but not limited to, industrial wastes, pesticides, and

6    heavy metals.

7         71.    Defendants infrequently collect canyon collector discharge water quality samples.

8    Of the more than three hundred documented discharges since August 2015, sampling data is

9    available for only eleven discharges.

10        72.    As described in Exhibit C and documented in Defendants' Spill Reports to the

11   Regional Water Board, canyon collector discharges contain several pollutants and solid and/or

12   hazardous wastes, including, but not limited to, garbage and refuse; discarded solid, liquid, or

13   semisolid materials from industrial, commercial, and agricultural operations, and from

14   community activities;  metals, including, but not limited to, chromium, copper, nickel, zinc,

15   arsenic, cadmium, lead, and beryllium; pesticides, including aldrin, DDT, lindane, dieldrin, and

16   heptachlor; solvents, including, but not limited benzene, toluene, and trichloroethene; and many

17   others.

18        73.    Exposure to the pollutants and solid and/or hazardous wastes contained in canyon

19   collector discharges presents a grave threat to human health. Exhibit E describes the human

20   health effects of exposure to a selection of the materials that Defendants have reported are

21   present in discharges from the canyon collectors.

22        74.    Many of the contaminants Defendants are discharging to the Tijuana River Valley

23   are slow to break down and accumulate in the environment. Subsequent disruption of reservoirs

24   of pollutants and solid and/or hazardous wastes cause impacts as alleged herein long after the

25   wastewater discharge that initially deposited the materials has subsided.

26        75.    The vectors for exposure to these and other hazardous wastes and pollutants in the

27   Tijuana River Valley and canyon collectors render the potential for human exposure to them an

28   imminent and substantial endangerment to human health. Pathways to human exposure to these

materials include, but are not limited to, dermal absorption, inhalation of dust with adsorbed pollutants, inhalation of volatilized pollutants, and unintended ingestion. U.S. Border Patrol agents working in the Tijuana River Valley are frequently exposed to these materials by walking through or wading in waters in the drainages, and have reported chemical burns, respiratory irritation, and other maladies. Once these pollutants and solid and/or hazardous wastes reach the Tijuana River and Estuary, they present an exposure risk to recreational users, such as equestrians and hikers, via inhalation and other direct exposure. Upon reaching the Pacific Ocean and subsequently the Imperial Beach beachfront, surfers, beachgoers, fishermen and women, and other beach and ocean users, are subjected to direct exposure via dermal contact, ingestion, inhalation, or otherwise; and indirect contact, such as by consuming fish that have been exposed to these materials.

76.     Additionally, disposal of those wastes to land and water in the Valley exposes land, marine, and estuarine flora and fauna to the dangers inherent in those wastes. Wildlife exposure to sewage and other contaminants can result in suppression of immune system response, alterations in defense mechanisms, and depression of essential biological activity that can lead to susceptibility to disease and infections. Exposure pathways for wildlife in the Tijuana River Valley includes, but is not limited to, dermal absorption, inhalation of dust with adsorbed pollutants, inhalation of volatilized pollutants, soil ingestion, and prey ingestion.

## V.     CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### 33 U.S.C. §§ 1311(a)

### Discharges of Pollutants Without a NPDES Permit in Violation of the CWA

### Against the International Boundary and Water Commission – United States Section.

77.     Plaintiffs incorporate by reference each and every allegation contained above, as though set forth fully herein.

78.     Plaintiffs are "persons" within the meaning of the Clean Water Act authorized to pursue a citizen enforcement action on their own behalf.

79.     Defendant USIBWC is a "person" within the meaning of the Clean Water Act.

80. Defendant USIBWC owns, operates, maintains, and/or exerts control over the flood control conveyance.

81. The flood control conveyance is a "point source" within the meaning of the Clean Water Act.

82. Defendant USIBWC, by its acts and omissions, has been and will continue to add pollutants, including, but not limited to, trash, sediment, and sewage containing *e. coli*, total coliform, and enterococcus, from the flood control conveyance to navigable waters, including, but not limited to, the Tijuana River and Estuary and the Pacific Ocean.

83. Defendant USIBWC has not obtained a NPDES permit for discharges from the flood control conveyance into navigable waters of the United States.

84. Defendant USIBWC has violated and is violating the Clean Water Act, 33 U.S.C. § 1311(a), which prohibits the discharge of pollutants without a NPDES permit, by allowing continuous discharges of wastewater and other pollutants from the flood control conveyance to waters of the United States.

85. Defendant USIBWC's  violations of the Clean Water Act have been ongoing and continuous since the flood control conveyance was constructed in 1979. These violations will continue until Defendant USIBWC obtains and complies with a NPDES permit for these discharges. 33 U.S.C. §§ 1311(a) & 1342.

86. Each day that Defendant USIBWC has discharged pollutants from the flood control conveyance without a NPDES permit is a separate and distinct violation of the CWA, 33 U.S.C. § 1311(a).

87. By committing the acts and omissions alleged above, Defendant USIBWC is subject to an assessment of civil penalties pursuant to CWA, 33 U.S.C. §§1319 and 1365.

88. This action for injunctive relief is authorized by CWA section 505(a), 33 U.S.C. § 1365(a). Continuing commission of the acts and omissions alleged above will irreparably harm Plaintiffs, for which harm they have no plain, speedy, or adequate remedy at law.

89. Wherefore, Plaintiffs pray for relief as set forth below.

**COMPLAINT**

1

**SECOND CAUSE OF ACTION**

2

**33 U.S.C. §§ 1311(a) & 1342**

3

**Discharges of Pollutants in Violation of the CWA and NPDES Permit CA0108928**

4

**Against All Defendants.**

5      90.      Plaintiffs incorporate by reference each and every allegation contained above, as

6    though set forth fully herein.

7      91.      Defendants own, operate, maintain, and/or exert control over the canyon collectors.

8      92.      The canyon collectors are "point sources" within the meaning of the Clean Water

9    Act.

10      93.      Defendants, by their acts and omissions, have been and will continue to add

11    pollutants, including, but not limited to, trash, sediment, sewage, enterococcus, fecal coliforms,

12    methylene blue active substances, chromium, copper, zinc, arsenic, cadmium, lead, aldrin, DDT,

13    heptachlor, toluene, and phenol, from the canyon collectors to navigable waters, including, but not

14    limited to, the Tijuana River and Estuary and the Pacific Ocean.

15      94.      Defendants have not obtained a NPDES permit for discharges from the flood

16    control conveyance into navigable waters of the United States.

17      95.      Defendants have violated and are violating the Clean Water Act, 33 U.S.C. §§

18    1311(a) and 1342, which prohibit the discharge of pollutants in violation of NPDES permit.

19    NPDES permit CA0108928 (California Waste Discharge Requirement Order R9-2014-0009 as

20    amended by Order R9-2014-0094) prohibits discharges from any facility subject to the permit

21    except at the South Bay Ocean Outfall. Defendants' discharges of wastewater and other pollutants

22    from the canyon collectors to waters of the United States are ongoing and continuous violations of

23    that discharge prohibition.

24      96.      Defendants' violations of the Clean Water Act and NPDES permit CA0108928

25    began at least as far back as 2015 and continue up to the present. These violations will continue

26    until Defendants comply with NPDES permit CA0108928 by eliminating discharges from the

27    canyon collectors. 33 U.S.C. §§ 1311(a) & 1342.

28      97.      Each day that Defendants have discharged pollutants from each canyon collector in

1   violation of a NPDES permit is a separate and distinct violation of the Clean Water Act, 33 U.S.C.

2   § 1311(a).

3   98.   By committing the acts and omissions alleged above, Defendants are subject to an

4   assessment of civil penalties for each violation pursuant to the Clean Water Act, 33 U.S.C. §§1319

5   and 1365.

6   99.   This action for injunctive relief is authorized by the Clean Water Act, 33 U.S.C. §

7   1365(a). Continuing commission of the acts and omissions alleged above will irreparably harm

8   Plaintiffs, for which harm they have no plain, speedy, or adequate remedy at law.

9   100.   Wherefore, Plaintiffs pray for relief as set forth below.

10   **THIRD CAUSE OF ACTION**

11   **42 U.S.C. § 6972(a)(1)(B)**

12   **Contribution to an Imminent and Substantial Endangerment under RCRA**

13   **Against All Defendants.**

14   101.   Plaintiffs incorporate by reference each and every allegation contained above, as

15   though set forth fully herein.

16   102.   Plaintiffs are "persons" within the meaning of RCRA authorized to pursue citizen

17   enforcement actions on their own behalf.

18   103.   Defendant USIBWC is an agency of the United States, and Defendant Veolia is a

19   corporation, and therefore both defendants are "persons" subject to RCRA citizen enforcement for

20   their contribution to the past or present handling, storage, treatment, transport, and/or disposal of

21   solid and/or hazardous wastes through its facilities in the Tijuana River Valley.

22   104.   Defendants have systematically and routinely contributed to the past and/or present

23   handling, storage, treatment, transport, and/or disposal of hazardous and/or solid wastes in the

24   Tijuana River Valley by collecting, detaining, conveying, and discharging those solid and/or

25   hazardous wastes by and through operating, maintaining, and/or controlling the USIBWC flood

26   control conveyance, canyon collectors, and other infrastructure.

27   105.   Additionally, USIBWC has contributed and continues to contribute to the design,

28   construction, operation, maintenance, and monitoring of the transnational wastewater collection

and treatment system that originates in Mexico, and therefore to the handling, storage, treatment, transport and/or disposal of solid and/or hazardous wastes moving through that system. USIBWC provides to its counterpart in Mexico financing, technical assistance, operating protocols, and coordination in the operation of that system, and specifically the CILA diversion on the Mexican side of the Tijuana River that frequently malfunctions, causing sewage and other solid and/or hazardous wastes to enter the United States and discharge from the flood control conveyance.

106.    The solid and/or hazardous wastes to which Defendants have contributed to the past and/or present handling, storage, treatment, transport, and/or disposal of in the Tijuana Valley include, but are not limited to, garbage and other refuse, sediment, aldrin, nitrogen, lindane, chloroform, DDT, dieldrin, heptachlor, benzene, chlorobenzene, toluene, 2,4-dinotrotoluene, nitrophenol, phenol, and other materials that are inherently waste-like and that were abandoned as a byproduct of industrial, commercial, agricultural, and community activities, among others.

107.    Defendants' contribution to the past and/or present handling, storage, treatment, transport, and/or disposal of the aforementioned solid wastes in the Tijuana River Valley may present an imminent and substantial endangerment to human health and the environment. The aforementioned solid and/or hazardous wastes, due to their inherent physical and chemical properties, can cause or significantly contribute to an increase in mortality or increase in serious, irreversible, or incapacitating illnesses, such as cancer, as well as pose a substantial present and/or potential hazard to human health and the environment when improperly handled, stored, treated, transported, and/or disposed of, or otherwise improperly managed.

108.    Defendants routinely dispose of the aforementioned solid and/or hazardous wastes to topsoil or water in the Tijuana River Valley, where they are dispersed to the environment. Human beings are frequently exposed to these wastes via those vectors while working in, recreating in, and visiting the Tijuana River Valley and its environs. Additionally, disposal of those wastes to land and water in the Valley exposes land, marine, and estuarine flora and fauna to the dangers inherent in those wastes. Wastes suspended in wastewater flowing through the Tijuana River and Estuary ultimately expose surfers, beachgoers, and other beach and ocean users, as well as terrestrial and marine flora and fauna along the Imperial Beach beachfront.

109.   The imminent and substantial endangerment to health and the environment presented by Defendants' discharges of waste in the Tijuana River Valley is now, and will continue to be present, until Defendants' illegal handling, storage, treatment, transport, and disposal of those wastes is abated, and wastes currently present in the Tijuana River Valley are removed.

110.   Wherefore, Plaintiffs pray for relief as set forth below.

## VI.   <u>PRAYER FOR RELIEF</u>

WHEREFORE Plaintiffs seek judgment against these Defendants for:

1.   Injunctive and equitable relief to compel Defendants to comply with CWA and RCRA, including an order enjoining Defendants' illegal discharges of pollutants and solid and/or hazardous wastes;

2.   Civil penalties;

3.   Costs, including reasonable attorneys' fees, court costs, and other expenses of litigation;

4.   Prejudgment interest; and

5.   Any other and further relief as the Court deems just, proper, and appropriate.

Dated:  March 2, 2018                    **SHER EDLING LLP**

By:  /s/ *Matthew K. Edling*
Matthew K. Edling
Victor M. Sher
Timothy R. Sloane

*Attorneys for Plaintiffs the City of Imperial Beach, the San Diego Unified Port District, and the City of Chula Vista*

By:  /s/ *Thomas A. Russell*
SAN DIEGO UNIFIED PORT DISTRICT OFFICE OF THE GENERAL COUNSEL
Thomas A. Russell
Ellen F. Gross
John N. Carter

*Attorneys for Plaintiff the San Diego Unified Port District*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   /s/ *Glen R. Googins*
CITY OF CHULA VISTA
OFFICE OF THE CITY ATTORNEY
Glen R. Googins
Bart J. Miesfeld

*Attorneys for Plaintiff the City of Chula Vista*

# EXHIBIT A

  

September 27, 2017

*Via Certified Mail and Registered Mail, Return Receipt Requested*

Edward Drusina, Commissioner
International Boundary and Water Commission – U.S. Section
4171 North Mesa, Suite C-100
El Paso, TX 79902-1441

Steve Smullen, Area Manager
Veolia Water North America – West, LLC
PO Box 430239
San Diego, CA 92143

> **Re:** **Notice of Intent to Sue for Violations of Clean Water Act & Notice of Imminent and Substantial Endangerment and Intent to Sue for Violations of the Resource Conservation and Recovery Act by International Boundary and Water Commission and Veolia Water North America – West LLC.**

Dear Commissioner Drusina and Mr. Smullen:

The City of Imperial Beach, the San Diego Unified Port District ("District"), and the City of Chula Vista, by and through their counsel listed below, (collectively, "Claimants") hereby give notice to the United States Section of the International Boundary Water Commission ("IBWC") and Veolia Water North America – West, LLC ("Veolia") (collectively, "Dischargers") of imminent and ongoing violations of the federal Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq.*, and of Claimants' intent to sue resulting from unpermitted discharges and discharges from wastewater collection facilities in violation of the National Pollution Discharge Elimination System ("NPDES") permit CA0108928 and California Waste Discharge Requirement Order R9-2014-0009 as amended by Order R9-2014-0094 (collectively, "Discharge Permit"). Additionally, Claimants hereby give notice that the IBWC's and Veolia's contribution to the handling, transport, and disposal of solid and hazardous wastes in the Tijuana River Valley constitutes an imminent and substantial endangerment to human health and the environment under the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901 *et seq*. This notice is without prejudice to any additional rights the Claimants may have and/or claims Claimants may assert against the IBWC, Veolia, or any other parties.

As part of an international effort to control transboundary water pollution emanating from Mexico and crossing into the United States in and around the Tijuana River Valley, the IBWC is responsible for the operation of the South Bay International Wastewater Treatment Plant ("SBIWTP" or "Plant"). IBWC contracts with Veolia for the day to day operation of SBIWTP and

September 27, 2017
Page 2

the U.S-side collection facilities that divert wastewater into the Plant. As a matter of course, pollutants are frequently discharged from wastewater collection facilities called "canyon collectors" that operate under the SBIWTP Discharge Permit. Additionally, IBWC flood control infrastructure regularly discharges wastewater and pollutants into the altered course of what is now the mainstem Tijuana River. Both types of flow events cause water containing dangerous pollutants and wastes, including, but not limited to, raw sewage, metals, and chemicals (hereinafter, "wastewater") to deposit to land adjacent to the treatment works, and to discharge to the Tijuana River and Estuary, and ultimately to the Pacific Ocean. These discharges occur in violation of the Plant's Discharge Permit and in the absence of a discharge permit in violation of the CWA, and pose an imminent and substantial endangerment to human health and the environment in violation of RCRA.

The City of Imperial Beach is a California General Law City and municipal corporation, duly organized and existing by virtue of the laws of the State of California.[1] The City has the power to sue and be sued.[2] The City is located in San Diego County, and is bordered by the Tijuana River Valley to the South, the City of San Diego to the West, San Diego Bay to the North, and the Pacific Ocean to the West. Imperial Beach depends on beach and ocean access for its tourist economy, and its constituents rely on those facilities for recreation. Among other injuries, Imperial Beach is deprived of tax revenue, and its residents are deprived of the use and enjoyment of those facilities when the pollution that is the subject of this Notice causes beach closures and restrictions.

The City of Chula Vista is a California Charter City and municipal corporation, duly organized and existing by virtue of the laws of the State of California[3] and the Charter of the City of Chula Vista. The City has the power to sue and be sued.[4] The City is located in San Diego County, California, adjacent to the San Diego Bay, and in close proximity to the Tijuana River Valley and Imperial Beach. Chula Vista constituents regularly use and enjoy the beach and ocean in and around Imperial Beach. Among other injuries, Chula Vista's citizens are deprived of that use and enjoyment when the pollution that is the subject of this Notice causes beach closures and restrictions.

The San Diego Unified Port District is a public entity created by the San Diego Unified Port District Act.[5] The Port District is the successor to the powers vested in the cities that make up the Unified Port District, and the powers of those cities related to these properties are vested in the Port District, including the right to sue and be sued.[6] The District is a trustee for the people of the State of California, and holds and manages tidelands and submerged lands in and around San Diego Bay and certain portions of the Pacific Ocean for the benefit of the people of the State of California, and specifically, "for the promotion of commerce, navigation, fisheries, and recreation."[7] The Port District is authorized to use its powers and authority to protect and enhance physical access, natural

---

[1] *See* Cal. Gov. Code § 34450, *et seq*.

[2] *Id*. at § 34501.

[3] *See id*. at § 34450, *et seq*.

[4] *Id*. at § 34501.

[5] Cal. Harb. & Nav. Code, Appendix 1, § 1 et seq.)

[6] *Id*. at § 70.

[7] *Id.* at App. 1, §§2, 4, 5, 5.5, 87.

September 27, 2017
Page 3

resources, and water quality.[8] The Port District holds and exercises land management authority over portions of the beach and submerged lands under the Pacific Ocean that are negatively impacted when the pollution that is the subject of this Notice contaminates those resources. Among other injuries, the natural resources held in trust by the District suffer damages when such pollution is present, and the District suffers lost revenue due to beach closures and restrictions.

Each of the Claimants is located in, adjacent to, and/or near the Tijuana River and Estuary, and the Pacific Ocean, in southwestern San Diego County, California. The influx of pollutants to the Tijuana River Valley has caused ongoing, severe pollution problems that have injured property within and near the Claimants' jurisdictions. Moreover, these problems have negatively impacted the Claimants and their constituents, in part due to beach and ocean closures that threaten the public health and welfare, thereby diminishing local economic activity and tax revenue, stigmatizing and devaluing real estate in the region, causing lost business and recreational opportunities, and other impacts. The Claimants will continue to be harmed by these ongoing violations of the CWA and RCRA.

Pursuant to 33 U.S.C. § 1365(b) and 42 U.S.C. § 6972(b)(2)(A), Claimants hereby give notice of their intent to sue the IBWC and Veolia for violations of the CWA and RCRA after 60 days and 90 days of this letter, respectively, unless IBWC and Veolia enter into a binding agreement to cease all illegal discharges of pollutants and disposal of solid and hazardous wastes, and to fully and promptly remediate all current and imminent violations.

## I.    FACTUAL BACKGROUND

The Tijuana River watershed drains into the Tijuana River, which flows North and crosses the international border near San Ysidro, San Diego, California, eventually emptying into the Pacific Ocean at Imperial Beach, California. Water moving through the watershed crosses the international border via the Tijuana River channel into IBWC's concrete flood control conveyance that diverts the River westerly, away from its historical northerly course. Surface water also moves across the border at several canyons and ravines located to the West of the River. Fugitive wastewater from the City of Tijuana, Baja California, Mexico, is among the waters that move through the drainage. This wastewater contains multiple pollutants and wastes. This problem is exacerbated by inadequate wastewater collection facilities in Tijuana.

IBWC is the federal agency charged with addressing transboundary issues arising out of agreements between the United States and Mexico, including the Treaty of February 3, 1944, for the Utilization of Waters of the Colorado and Tijuana Rivers and of the Rio Grande. In recognition of the sanitation problems arising out of Mexico's insufficient wastewater collection and treatment infrastructure, IBWC assumed responsibility for treating wastewater generated in Mexico. To that end, IBWC's SBIWTP treats approximately 25 million gallons per day ("Mgpd") of wastewater originating in Mexico, and is permitted to discharge that treated wastewater via the South Bay Ocean Outfall ("SBOO")[9] – and only the SBOO[9] – which is located several miles offshore of San

---

[8] *Id.*

[9] California Regional Water Quality Control Board San Diego Region, Order No. R9-2014-0009 as Amended by Order No. R9-2014-0094; NPDES No. CA0108928: Waste Discharge Requirements for the United States Section of the International Boundary & Water Commission, South Bay International

September 27, 2017
Page 4

Diego, California. SBIWTP has the capacity to treat twice that volume to secondary treatment standards, and a peak primary treatment capacity of up to 100 Mgpd.[10]

To address fugitive wastewater that escapes Tijuana's wastewater collection system and flows into the United States, IBWC constructed five "canyon collectors" at locations West of where the Tijuana River crosses the border. The canyon collectors are situated in natural drainage channels that are tributaries to surface waters, specifically the current course of the Tijuana River and its Estuary. As described in the Discharge Permit,

> [c]anyon collectors are concrete channels and basins designed to capture transboundary dry weather flows from Mexico in canyons and ravines draining north across the international border into the United States. There are five canyon collector systems: Goat Canyon Diversion Structure, Smugglers Gulch Diversion Structure, Silva Drain Canyon Collector, Canyon del Sol Collector, and Stewarts Drain Canyon Collector. Captured dry weather flows from these collectors are diverted to the [SBIWTP] for treatment and disposal through the SBOO. Any quantity of flows in the canyons exceeding the maximum design capacity of the canyon collectors overflows the structure and continues flowing north, potentially polluting the Tijuana River, the Tijuana River Valley and Estuary, and Pacific Ocean waters at south San Diego beaches.[11]

The canyon collectors are part and parcel to the treatment works of the SBIWTP, and are explicitly regulated by the Discharge Permit.[12] They are designed such that fugitive flows collect in a concrete channel, which directs them to a drain regulated by a valve. When flow in the channel exceeds capacity, or when the valve is closed as during rain events,[13] wastewater containing pollutants escapes from the collector and either deposits those materials adjacent to the collector facilities, or discharges them to the natural drainages, and subsequently the Tijuana River and Estuary, in violation of the Discharge Permit, the CWA, and RCRA.

Within the main river channel and in Yogurt Canyon (the westernmost transboundary drainage; IBWC has not constructed a canyon collector at this drainage), regular wastewater flow events cause severe and extensive pollution. Such events typically occur due to failures of the wastewater diversion infrastructure in Mexico, which IBWC co-manages with its Mexican counterpart, the Comision Internacional de Limites y Agua (CILA). Upon such failures, sewage, industrial waste, and other materials that should have been conveyed to the SBIWTP instead continue through the river channel, which flows into the United States and through IBWC's concrete-lined channel (hereinafter referred to as "flood control conveyance" or "conveyance").

---

Wastewater Treatment Plant, Discharge to the Pacific Ocean via the South Bay Ocean Outfall, 4 (2014) ("Discharge Permit").

[10] *Id.*, at F-7.

[11] *Id.*, at F-5.

[12] *Id.*, at F-38; see also 33 U.S.C. § 1292(2)(A) (the term "treatment works" means any devices and systems used in the storage, treatment, recycling, and *reclamation* of municipal sewage or industrial wastes of a liquid nature (emphasis added)).

[13] Veolia, Spill and Transboundary Flow Event Prevention and Response Plan, 7, attachment E(i) at 2 (2014).

September 27, 2017
Page 5

The conveyance terminates 0.9 miles downstream of the border, at which point wastewater discharges, without undergoing any water quality treatment, into what has become the altered course of the Tijuana River (since construction of the flood control infrastructure) immediately East of the SBIWTP.[14]

These transboundary pollution discharges are often highly destructive, given their volume and given that they typically flow through the unlined main river channel directly into the Tijuana Estuary at Yogurt Canyon. Although the point at which the flood control conveyance discharges occur is located within a stone's throw of the SBIWTP, the SBIWTP does not detain that pollution or divert it into the SBIWTP for treatment – despite the frequency of transboundary pollution events that warrant such infrastructure. Accordingly, that untreated wastewater and its constituent wastes and pollutants simply deposit into the River Valley, or flow through the River, where they pool on riverbanks, invade private property, and flow eventually to the Pacific.

## II.    CLEAN WATER ACT VIOLATIONS

### a.    The CWA and Applicable Discharge Prohibitions.

A primary purpose of the Clean Water Act is to eliminate all discharges of pollutants to navigable waters.[15] The National Pollution Discharge Elimination System (NPDES) is a permitting program under the Clean Water Act that allows discharges of pollutants under certain conditions.[16] The Clean Water Act defines a "discharge of a pollutant" as the addition of any pollutant to navigable waters from a point source.[17] Discharge of a pollutant without or in violation of a NPDES permit is a violation of the Clean Water Act.[18] Federal entities, including IBWC, are subject to the Clean Water Act and state implementation thereof.[19]

The Clean Water Act defines a point source as "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well, discrete fissure, container…"[20] The canyon collectors include concrete channels and conveyances that collect and transport wastewater from one point to another, and therefore are point sources within the meaning of the Clean Water Act. The flood control conveyance is also a point source. It is a discrete concrete channel with banked sides, which extends from the U.S./Mexico border to approximately 0.9 miles downstream of the border. It was constructed to redirect river flows away from the natural river course, where high flows would injure residential areas, to mostly uninhabited lowlands outside of the natural river course.

"Navigable waters" are defined as the "waters of the United States, including the territorial seas." Discharges from the concrete flood control conveyance enter the Tijuana Riverbed in its

---

[14] IBWC, Tijuana River Flood Control Project (TRFCP), *available at*
https://www.ibwc.gov/Mission_Operations/TJ_River_FCP.html.
[15] 33 U.S.C. § 1251(a)(1).
[16] *See, e.g.,* 33 U.S.C. § 1342.
[17] 33 U.S.C. § 1362(12).
[18] 33 U.S.C. § 1311(a).
[19] 33 U.S.C. § 1323.
[20] 33 U.S.C. § 1362(14).

September 27, 2017
Page 6

altered course, and flow through to main River channel and Estuary, and ultimately the Pacific Ocean. Discharges from the canyon collectors enter the Tijuana River and/or Estuary directly, or enter ravines and natural drainages that are tributaries of those receiving waters. Each of these waterways is a navigable water within the meaning of the Clean Water Act because it is "navigable" in the traditional sense of the word, or because it is a tributary to a navigable water that significantly affects the physical, biological and chemical integrity that navigable water.[21]

The Discharge Permit prohibits the discharge of pollutants from the SBIWTP facility at any point source other than the SBOO.[22] Any discharge of pollutants from the canyon collectors is a discharge other than from the SBOO, and is therefore a violation of the Discharge Permit.

**b.    Description of Continuing and Imminent CWA Violations.**

**i.    Unpermitted Discharges from the Concrete Flood Control Conveyance**

IBWC spill reports to the San Diego Regional Water Quality Control Board (the "Board") demonstrate routine and substantial discharges from IBWC's flood control conveyance into the unimproved Tijuana River Valley, including to areas that, prior to construction of the flood control conveyance, were not part of the natural river course.[23] Because IBWC does not hold a NPDES permit for discharges of pollutants from its flood control infrastructure, all discharges from the flood control conveyance, including those listed in Table 1, constitute unpermitted discharges of pollutants in violation of 33 U.S.C. § 1311(a). IBWC, which maintains jurisdiction over its flood control conveyance, is the discharger responsible for such violations.

Known discharges from the flood control conveyance are not regularly sampled for the complete range of water quality parameters necessary to understand the full impact of these pollution events. However, routine bacteriological sampling at Dairy Mart Bridge, just downstream of the termination of the conveyance, indicates that, at a minimum, pollutants including e. coli, total coliforms, and enterococcus are present in virtually every flow event that discharges from the flood control conveyance into surface water in the riverbed.

---

[21] *See, e.g., N. Cal. River Watch v. City of Healdsburg,* 496 F.3d 993, 996 (9th Cir.2007) (interpreting *Rapanos v. United States*, 547 U.S. 715 (2006)) (ponds that seeped into a river significantly affected the physical, biological, and chemical integrity of the river and were therefore navigable waters within meaning of CWA); *Cal. Sportfishing Protection Alliance v. Chico Scrap Metal, Inc.*, 124 F.Supp.3d 1007, 1017-18 (E.D. Cal. 2015) (ravine flowing into creek flowing into river was a navigable water); *Eoff v. E.P.A.*, 2015 WL 2405658 (E.D. Ark. 2015) (seasonal creek with 20 flow events per year is a water of the United States); *U.S. v. HVI Cat Canyon, Inc.*, 213 F.Supp.3d 1249, 1266-71 (discussing the liberal interpretation of "waters of the United States" standard).

[22] *See* Discharge Permit at 1, Table 2 (naming only one discharge location under the permit, i.e. the SBOO).

[23] San Diego Regional Water Quality Control Board, International Boundary and Water Commission Spill Reports *available at*
http://www.swrcb.ca.gov/sandiego/water_issues/tijuana_river_valley_strategy/spill_report.shtml.

September 27, 2017
Page 7

Table 1 describes known dry-weather discharges from the flood control conveyance based on IBWC reporting to the San Diego Regional Water Quality Control Board.[24] Additional discharges occur during virtually every wet weather event, but IBWC does not report wet weather discharges to the Board. Despite that lack of reporting, the available data demonstrates routine sewage-laden flows that, coupled with their substantial volume, demonstrate an extremely grave lack of pollution-control infrastructure.

| Table 1 – Wastewater Flow Events via Flood Control Conveyance and Yogurt Canyon | | | |
|---|---|---|---|
| Date | Volume (Gal.) | Vector | Description |
| 9/12/2017 | 192,000 | Flood Control Conveyance | Malfunction of level sensors at Pump Station CILA |
| 9/9/2017 | 3.9 million | Flood Control Conveyance | Water system overflow exceed capacity of Pump Station CILA |
| 8/17/2017 | 121,000 | Flood Control Conveyance | Clogged intake screens at CILA diversion |
| 8/7/2017 | 76,000 | Flood Control Conveyance | Clogged intake screens at CILA diversion |
| 7/31/2017 | 1.72 million | Flood Control Conveyance | Power fluctuations at Pump Station CILA forced shutdown of that facility |
| 6/12/2017 | 66,000 | Flood Control Conveyance | Capacity of Pump Station CILA exceeded |
| 6/10/2017 | 161,670 | Flood Control Conveyance | Capacity of Pump Station CILA exceeded |
| 6/9/2017 | 42,800 | Flood Control Conveyance | Capacity of Pump Station CILA exceeded |
| 5/25/2017 | 335,000 | Flood Control Conveyance | Shutdowns at Pump Station CILA |
| 5/21/2017 | 400,000 | Flood Control Conveyance | Traffic accident resulting in shutdown at pump station CILA |
| 2/24/2017 | 256 million | Flood Control Conveyance | Failure at Diversion/pump station CILA |
| 7/4/2016 | 33,000 | Flood Control Conveyance | Unknown |
| 7/2/2016 | 1.32 million | Flood Control Conveyance | Unknown |
| 4/5/2016 | 4.86 million | Flood Control Conveyance | Unknown |
| 2/12/2016 | 370,000 | Flood Control Conveyance | River flow exceeded capacity of pump station CILA |
| 1/2016 | 27.28 million | Flood Control Conveyance | Eleven distinct spills attributable to potable water line break and pump station capacity exceedance |

---

[24] San Diego Regional Water Quality Control Board, International Boundary and Water Commission Spill Reports *available at*
http://www.swrcb.ca.gov/sandiego/water_issues/tijuana_river_valley_strategy/spill_report.shtml.

September 27, 2017
Page 8

| Table 1 – Wastewater Flow Events via Flood Control Conveyance and Yogurt Canyon | | | |
|---|---|---|---|
| Date | Volume (Gal.) | Vector | Description |
| 12/11/2015 | 2.06 million | Flood Control Conveyance | Clogged intake screen at CILA diversion |
| 11/19/2015 | 1.31 million | Flood Control Conveyance | Clogged intake screen at CILA diversion |
| 10/17-18/2015 | 1.3 million | Flood Control Conveyance | Motor pump failure at pump station CILA |
| 10/14/2015 | 1.124 million | Flood Control Conveyance | Motor control failure at pump station CILA |
| 10/13/2015 | 1.35 million | Flood Control Conveyance | Pump failures |
| 9/19-22/2015 | 7.74 million | Flood Control Conveyance | Pump station CILA breakdowns |
| 8/1-8/2015 | Unknown | Flood Control Conveyance | Five distinct spills due to clogged intake screens at diversion |
| 2/3-16/2015 | Unknown | Flood Control Conveyance | Five distinct spills due to trash clog at diversion intake screen. |
| 1/2015 | Unknown | Flood Control Conveyance | Ten distinct spills due to trash clog at diversion intake screen. |

### ii.  Canyon Collector Discharges in Violation of Discharge Permit

IBWC's monthly reports to the San Diego Regional Water Quality Control Board and documentation of daily inspections of the canyon collectors describe nearly continuous unpermitted discharges from the canyon collectors. Each of the discharges listed in Table 2 constitutes an illegal discharge in violation of the Discharge Permit and the Clean Water Act. Thus, the standard violated for each of the wastewater discharge events listed in Table 2 is California Waste Discharge Requirement R9-2014-00094 as amended by R9-2014-0094, NPDES Permit No. CA0108928, at section III. A., and 33 U.S.C. § 1311(a). IBWC as owner of the SBIWTP treatment works and Veolia as operator of the SBIWTP treatment works are the dischargers responsible for the discharges listed.

Water quality samples of these discharges are collected infrequently. There are more than three hundred documented discharges since August 2015. While sampling data is available for only eight discharges, the pollutants present in each of the sampled discharges are largely uniform. This demonstrates a likelihood that these pollutants are present in virtually all the unsampled discharges. Indeed, the Discharge Permit contemplates that wastewater flows entering the canyon collectors and discharged therefrom are attributable to many sources, including wastewater effluent treated in Mexico (and not necessarily to the standards required by the Clean Water Act), potable water leaks, sewer line leaks and spills, discharges from unsewered areas, and other failures and breakdowns of the wastewater collection infrastructure in Mexico, and therefore requires sampling for specific pollutant parameters likely to be present in those discharges when

September 27, 2017
Page 9

sampling takes place.[25] The wastewater discharges described in Table 2 contain several pollutants, including, at a minimum, biological oxygen demand; total suspended solids; total dissolved solids; turbidity; Ph; total Nitrogen; total Phosphorous; enterococcus; fecal coliforms and other coliforms; dissolved oxygen; pesticides; surfactants; priority pollutants as specified in 40 C.F.R. § 131.38; toxics; and likely many others.

Despite data gaps, the very fact of these discharges is evidence of a disturbing pattern of untreated wastewater emptying to the natural drainages that are tributaries to the Tijuana River, Estuary, and Pacific Ocean. Despite the regularity with which the discharges occur and are documented, nothing has been done to remedy the underlying cause: insufficient capacity at the canyon collectors to handle typical and expected wastewater flows through the natural drainages – despite the fact that the SBIWTP is operating below capacity and could have treated this wastewater had it been captured.[26] Until the canyon collectors have been retrofitted to handle normal wastewater flows, in wet or dry weather, pollutants will continue to discharge from SBIWTP facilities and ultimately to the Pacific Ocean.

Claimants note that the data presented below is incomplete: records of canyon inspections date back only to 2015, when daily canyon collector inspections became obligatory under the Discharge Permit as renewed on August 1, 2014. The canyon collectors are known to have regularly discharged wastewater prior to 2015.

Table 2 represents Type A and Facilities Spills that were reported in IBWC's monthly report.[27] The pollutants present in each of these discharges are listed, where sampling data is available from CIWQS. The receiving water is indicated.

| Table 2 – Canyon Collectors Overflows with Spill Reports | | | | |
|---|---|---|---|---|
| Date | Location | Gallons (est.) | Pollutants Present[28] | Receiving Water |
| 6/27/2017 | Canyon del Sol | <5,500,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; Methylene Blue Active Substances; pH; P; TDS; total N; TSS; turbidity; Cr; Cu; bromodichloromethane; bromoform; chloroform; dibromochloromethane; 2,4,6-trichlorophenol; bis(2-ethylhexyl)phthalate; butyl benzyl | Tijuana River |

___

[25] Discharge Permit at E-33.

[26] *See id.* at F-7.

[27] Data from monthly spill report letters unless otherwise noted. Available at http://ciwqs.waterboards.ca.gov/ciwqs/readOnly/PublicReportEsmrAtGlanceServlet?inCommand=reset (search for facility name "South Bay International Wastewater Treatment Plant").

[28] From sampling data attached to IBWC Monthly available on CIWQS, unless otherwise noted.

September 27, 2017
Page 10

**Table 2 – Canyon Collectors Overflows with Spill Reports**

| Date | Location | Gallons (est.) | Pollutants Present[28] | Receiving Water |
|------|----------|----------------|------------------------|-----------------|
| | | | phthalate; Di-n-butyl phthalate; asbestos structures; 2,3,7,8-TCDD | |
| | Canyon del Sol | <5,500,000 | Sampling report not posted to CIWQS as of 9/19/17 | Tijuana River |
| 5/24/2017 | Stewart's Drain | 3,800 | No samples recovered[29] | Tijuana River |
| 5/21/2017 | Stewart's Drain | 1,560 | No samples recovered[30] | Tijuana River |
| 4/30/2017 | Goat Canyon | 645,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; pH; P; TDS; total N; TSS; turbidity; Cu; Ni; Pb; chloroform; 1,4-dochlorobenzene; tetrachloroethene; toluene; Hg; Sb; Ar; Be; Cd; Cr; Pb; Se; Ag; Tl; Zn; Aldrin; HCH-gamma (Lindane); 4,4-DDT; Dieldrin; Heptachlor; benzene; chlorobenzene; 1,1-dichloroethene; toluene; trichloroethene | Goat Canyon Drainage |
| 4/24/17 | Stewart's Drain | 12,850 | Enterococcus; Fecal Coliforms; Total Coliforms; BOD; DO; Methylene blue; pH; P; TDS; total N; TSS; turbidity; Cu; Ni; Zn; chloroform; 1,4-Dichlorobenzene; tetrachloroethene; toluene; | Tijuana River |
| 3/1/2017 | Goat Canyon | 145,000 | Ammonia as N; BOD; Carbonaceous BOD; Chlorine; floatables; Methylene blue; pH; P; TSS; TDS; turbidity; VSS; Al; Cu; Fe; Mg; Ni; Zn; trash | Goat Canyon Drainage |
| 9/5/2016 | Canyon Del Sol | 390 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; pH; P; TDS; total N; TSS; turbidity; Ni; Sb; Zn; TCE; Hg; Ar; Be; Cd; Cr; Cu; Pb; Se; Ag; Tl; Zn; benzene; chlorobenzene; 1,1-dichloroethene; toluene; trichloroethene; acenaphthene; 2-chlorophenol; 4-chloro-3-methylphenol; 1,2-dichlorobenzene; 2,4- | Canyon del Sol drainage |

---

[29] IBWC, Monthly Spill Report for May 2017 (June 30, 2017).
[30] *Id.*

| Table 2 – Canyon Collectors Overflows with Spill Reports | | | | |
|---|---|---|---|---|
| **Date** | **Location** | **Gallons (est.)** | **Pollutants Present[28]** | **Receiving Water** |
| | | | dinitrotoluene; 4-nitrophenol; N-nitrosodi-n-propylamine; pentrahchlorophenol; phenol; pyrene; 1,2,4-trichlorobenzene | |
| 1/28/2016 | Stewart's Drain | 2,200 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; methylene blue active substances; pH; P; TDS; total N; TSS; turbidity; Cu; Hg; Ni; Zn; bromodichloromethane; chloroform; dibromochloroethane; 1,4-dichlorobenzene; tetrachloroethene; toluene | Stewart's Drain Drainage |
| 4/19/2015 | Canyon Del Sol | 2,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; methylene blue active substances; pH; P; TDS; total N; TSS; turbidity; Cu; Ni; Zn; Sb; Ar; Be; Cd; Cr; Pb; Se; Ag; Tl; Hg; Aldrin; HCH-gamma (Lindane); 4,4-DDT; Dieldrin; Heptachlor; benzene; chlorobenzene; 1,1-Dichloroethene; toluene; trichloroethene; Acenaphthene; 2-chlorophenol; 4-chlor-3-methylphenol; 1,4-dichlorobenzene; 2,4-dinitrotoluene; 4-nitrophenol; N-nitrosodi-n-propylamine; pentrahchlorophenol; phenol; pyrene; 1,2,4-trichlorobenzene | Tijuana River |

Table 3 describes discharges from the canyon collectors that were documented in daily inspection reports, but not in IBWC's monthly Monitoring Results reports. These discharges are reported by inspectors as either "signs of sewage overflows in [the] past 24 hours," or as flows that were observed to have broken containment from the canyon collector. Beyond the daily canyon collector inspection reports, there is no investigation by the dischargers as to the cause of these discharges, no estimate of the total volume of the discharge, no estimate of the volume of the discharge that flowed to the Tijuana River and beyond, and no water quality sampling of the discharged wastewater to identify constituent pollutants. The receiving water for each discharge in Table 3 is the natural drainage channel for which the pertinent canyon collector is named, which are tributaries to the Tijuana River or Estuary, and ultimately the Pacific Ocean. The Dischargers are invited to refer to their Daily Canyon Collector Inspection Reports to pinpoint each of the discharges listed below.

September 27, 2017
Page 12

| # | Date | Canyon Collector |
|---|------|------------------|
|  | **Table 3 – Other Canyon Collector Overflows** | |
| 1 | 5/19/2017 | Smuggler's Gulch |
| 2 | 5/7/2017 | Goat Canyon |
| 3 | 5/7/2017 | Smuggler's Gulch |
| 4 | 5/7/2017 | Canyon del Sol |
| 5 | 5/7/2017 | Silva Drain |
| 6 | 5/7/2017 | Stewart's Drain |
| 7 | 4/29/2017 | Canyon del Sol |
| 8 | 3/1/2017 | Smuggler's Gulch |
| 9 | 2/28/2017 | Goat Canyon |
| 10 | 2/28/2017 | Smuggler's Gulch |
| 11 | 2/27/2017 | Goat Canyon |
| 12 | 2/27/2017 | Canyon del Sol |
| 13 | 2/27/2017 | Stewart's Drain |
| 14 | 2/27/2017 | Smuggler's Gulch |
| 15 | 2/27/2017 | Silva Drain |
| 16 | 2/26/2017 | Smuggler's Gulch |
| 17 | 2/20/2017 | Goat Canyon |
| 18 | 2/20/2017 | Smuggler's Gulch |
| 19 | 2/19/2017 | Goat Canyon |
| 20 | 2/19/2017 | Canyon del Sol |
| 21 | 2/19/2017 | Stewart's Drain |
| 22 | 2/19/2017 | Smuggler's Gulch |
| 23 | 2/19/2017 | Silva Drain |
| 24 | 2/18/2017 | Goat Canyon |
| 25 | 2/18/2017 | Canyon del Sol |
| 26 | 2/18/2017 | Stewart's Drain |
| 27 | 2/18/2017 | Smuggler's Gulch |
| 28 | 2/18/2017 | Silva Drain |
| 29 | 2/12/2017 | Goat Canyon |
| 30 | 2/7/2017 | Goat Canyon |
| 31 | 2/7/2017 | Canyon del Sol |
| 32 | 2/7/2017 | Stewart's Drain |
| 33 | 2/7/2017 | Smuggler's Gulch |
| 34 | 2/7/2017 | Silva Drain |
| 35 | 1/24/2017 | Goat Canyon |
| 36 | 1/24/2017 | Smuggler's Gulch |
| 37 | 1/24/2017 | Canyon del Sol |
| 38 | 1/24/2017 | Silva Drain |
| 39 | 1/24/2017 | Stewart's Drain |
| 40 | 1/23/2017 | Goat Canyon |
| 41 | 1/23/2017 | Smuggler's Gulch |
| 42 | 1/23/2017 | Canyon del Sol |

September 27, 2017
Page 13

| Table 3 – Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 43 | 1/23/2017 | Silva Drain |
| 44 | 1/23/2017 | Stewart's Drain |
| 45 | 1/22/2017 | Goat Canyon |
| 46 | 1/22/2017 | Smuggler's Gulch |
| 47 | 1/22/2017 | Canyon del Sol |
| 48 | 1/22/2017 | Silva Drain |
| 49 | 1/22/2017 | Stewart's Drain |
| 50 | 1/21/2017 | Goat Canyon |
| 51 | 1/21/2017 | Smuggler's Gulch |
| 52 | 1/20/2017 | Goat Canyon |
| 53 | 1/20/2017 | Canyon del Sol |
| 54 | 1/20/2017 | Stewart's Drain |
| 55 | 1/20/2017 | Smuggler's Gulch |
| 56 | 1/20/2017 | Silva Drain |
| 57 | 1/19/2017 | Goat Canyon |
| 58 | 1/19/2017 | Canyon del Sol |
| 59 | 1/19/2017 | Stewart's Drain |
| 60 | 1/19/2017 | Smuggler's Gulch |
| 61 | 1/19/2017 | Silva Drain |
| 62 | 1/14/2017 | Goat Canyon |
| 63 | 1/14/2017 | Canyon del Sol |
| 64 | 1/14/2017 | Stewart's Drain |
| 65 | 1/14/2017 | Smuggler's Gulch |
| 66 | 1/14/2017 | Silva Drain |
| 67 | 1/13/2017 | Goat Canyon |
| 68 | 1/13/2017 | Canyon del Sol |
| 69 | 1/13/2017 | Stewart's Drain |
| 70 | 1/13/2017 | Smuggler's Gulch |
| 71 | 1/13/2017 | Silva Drain |
| 72 | 1/12/2015 | Goat Canyon |
| 73 | 1/12/2017 | Smuggler's Gulch |
| 74 | 1/12/2017 | Canyon del Sol |
| 75 | 1/11/2017 | Goat Canyon |
| 76 | 1/10/2017 | Goat Canyon |
| 77 | 1/10/2017 | Canyon del Sol |
| 78 | 1/9/2017 | Canyon del Sol |
| 79 | 1/8/2017 | Goat Canyon |
| 80 | 1/8/2017 | Stewart's Drain |
| 81 | 1/6/2017 | Goat Canyon |
| 82 | 1/6/2017 | Canyon del Sol |
| 83 | 1/6/2017 | Stewart's Drain |
| 84 | 1/6/2017 | Smuggler's Gulch |
| 85 | 1/2/2017 | Goat Canyon |

September 27, 2017
Page 14

| Table 3 – Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 86 | 1/1/2017 | Goat Canyon |
| 87 | 1/1/2017 | Smuggler's Gulch |
| 88 | 1/1/2017 | Canyon del Sol |
| 89 | 1/1/2017 | Silva Drain |
| 90 | 1/1/2017 | Stewart's Drain |
| 91 | 12/31/2016 | Goat Canyon |
| 92 | 12/31/2016 | Smuggler's Gulch |
| 93 | 12/31/2016 | Canyon del Sol |
| 94 | 12/31/2016 | Silva Drain |
| 95 | 12/30/2016 | Goat Canyon |
| 96 | 12/30/2016 | Smuggler's Gulch |
| 97 | 12/30/2016 | Stewart's Drain |
| 98 | 12/27/2016 | Goat Canyon |
| 99 | 12/25/2016 | Goat Canyon |
| 100 | 12/25/2016 | Smuggler's Gulch |
| 101 | 12/24/2016 | Goat Canyon |
| 102 | 12/24/2016 | Smuggler's Gulch |
| 103 | 12/24/2016 | Stewart's Drain |
| 104 | 12/23/2016 | Goat Canyon |
| 105 | 12/23/2016 | Smuggler's Gulch |
| 106 | 12/23/2016 | Canyon del Sol |
| 107 | 12/23/2016 | Silva Drain |
| 108 | 12/23/2016 | Stewart's Drain |
| 109 | 12/22/2016 | Goat Canyon |
| 110 | 12/22/2016 | Smuggler's Gulch |
| 111 | 12/22/2016 | Canyon del Sol |
| 112 | 12/22/2016 | Silva Drain |
| 113 | 12/22/2016 | Stewart's Drain |
| 114 | 12/17/2016 | Canyon del Sol |
| 115 | 12/17/2016 | Silva Drain |
| 116 | 12/17/2016 | Stewart's Drain |
| 117 | 12/17/2016 | Goat Canyon |
| 118 | 12/17/2016 | Smuggler's Gulch |
| 119 | 12/16/2016 | Goat Canyon |
| 120 | 12/16/2016 | Smuggler's Gulch |
| 121 | 12/16/2016 | Canyon del Sol |
| 122 | 12/16/2016 | Silva Drain |
| 123 | 12/16/2016 | Stewart's Drain |
| 124 | 11/28/2016 | Goat Canyon |
| 125 | 11/28/2016 | Smuggler's Gulch |
| 126 | 11/28/2016 | Canyon del Sol |
| 127 | 11/28/2016 | Silva Drain |
| 128 | 11/28/2016 | Stewart's Drain |

September 27, 2017
Page 15

| Table 3 – Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 129 | 11/27/2016 | Goat Canyon |
| 130 | 11/27/2016 | Smuggler's Gulch |
| 131 | 11/27/2016 | Canyon del Sol |
| 132 | 11/27/2016 | Silva Drain |
| 133 | 11/27/2016 | Stewart's Drain |
| 134 | 11/22/2017 | Goat Canyon |
| 135 | 11/22/2017 | Smuggler's Gulch |
| 136 | 11/22/2017 | Canyon del Sol |
| 137 | 11/22/2017 | Silva Drain |
| 138 | 11/22/2017 | Stewart's Drain |
| 139 | 11/21/2016 | Goat Canyon |
| 140 | 11/21/2016 | Smuggler's Gulch |
| 141 | 11/21/2016 | Canyon del Sol |
| 142 | 11/21/2016 | Silva Drain |
| 143 | 11/21/2016 | Stewart's Drain |
| 144 | 11/20/2016 | Silva Drain |
| 145 | 9/22/2016 | Goat Canyon |
| 146 | 9/22/2016 | Smuggler's Gulch |
| 147 | 9/22/2016 | Stewart's Drain |
| 148 | 9/21/2016 | Goat Canyon |
| 149 | 9/21/2016 | Smuggler's Gulch |
| 150 | 9/21/2016 | Canyon del Sol |
| 151 | 9/21/2016 | Silva Drain |
| 152 | 9/21/2016 | Stewart's Drain |
| 153 | 9/20/2016 | Goat Canyon |
| 154 | 9/20/2016 | Smuggler's Gulch |
| 155 | 9/20/2016 | Canyon del Sol |
| 156 | 9/20/2016 | Silva Drain |
| 157 | 9/20/2016 | Stewart's Drain |
| 158 | 7/7/2016 | Silva Drain |
| 159 | 5/8/2016 | Goat Canyon |
| 160 | 5/8/2016 | Smuggler's Gulch |
| 161 | 5/8/2016 | Canyon del Sol |
| 162 | 5/8/2016 | Silva Drain |
| 163 | 5/8/2016 | Stewart's Drain |
| 164 | 5/7/2016 | Goat Canyon |
| 165 | 5/7/2016 | Smuggler's Gulch |
| 166 | 5/7/2016 | Canyon del Sol |
| 167 | 5/7/2016 | Silva Drain |
| 168 | 5/7/2016 | Stewart's Drain |
| 169 | 5/6/2016 | Goat Canyon |
| 170 | 5/6/2016 | Smuggler's Gulch |
| 171 | 5/6/2016 | Canyon del Sol |

September 27, 2017
Page 16

| Table 3 – Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 172 | 5/6/2016 | Silva Drain |
| 173 | 5/6/2016 | Stewart's Drain |
| 174 | 4/10/2016 | Goat Canyon |
| 175 | 4/10/2016 | Smuggler's Gulch |
| 176 | 4/10/2016 | Canyon del Sol |
| 177 | 4/10/2016 | Silva Drain |
| 178 | 4/10/2016 | Stewart's Drain |
| 179 | 4/8/2016 | Goat Canyon |
| 180 | 4/8/2016 | Smuggler's Gulch |
| 181 | 4/7/2016 | Goat Canyon |
| 182 | 4/7/2016 | Smuggler's Gulch |
| 183 | 4/7/2016 | Silva Drain |
| 184 | 4/7/2016 | Stewart's Drain |
| 185 | 3/12/2016 | Goat Canyon |
| 186 | 3/12/2016 | Smuggler's Gulch |
| 187 | 3/12/2016 | Canyon del Sol |
| 188 | 3/12/2016 | Silva Drain |
| 189 | 3/12/2016 | Stewart's Drain |
| 190 | 3/9/2016 | Goat Canyon |
| 191 | 3/8/2016 | Goat Canyon |
| 192 | 3/8/2016 | Smuggler's Gulch |
| 193 | 3/8/2016 | Canyon del Sol |
| 194 | 3/8/2016 | Silva Drain |
| 195 | 3/8/2016 | Stewart's Drain |
| 196 | 3/7/2016 | Goat Canyon |
| 197 | 3/7/2016 | Smuggler's Gulch |
| 198 | 3/7/2016 | Canyon del Sol |
| 199 | 3/7/2016 | Silva Drain |
| 200 | 3/7/2016 | Stewart's Drain |
| 201 | 3/6/2016 | Goat Canyon |
| 202 | 3/6/2016 | Smuggler's Gulch |
| 203 | 3/6/2016 | Canyon del Sol |
| 204 | 3/6/2016 | Silva Drain |
| 205 | 3/6/2016 | Stewart's Drain |
| 206 | 2/2/2016 | Goat Canyon |
| 207 | 2/1/2016 | Goat Canyon |
| 208 | 2/1/2016 | Smuggler's Gulch |
| 209 | 2/1/2016 | Canyon del Sol |
| 210 | 2/1/2016 | Silva Drain |
| 211 | 2/1/2016 | Stewart's Drain |
| 212 | 1/31/2016 | Canyon del Sol |
| 213 | 1/31/2016 | Silva Drain |
| 214 | 1/31/2016 | Stewart's Drain |

September 27, 2017
Page 17

| Table 3 – Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 215 | 1/29/2016 | Stewart's Drain |
| 216 | 1/24/2016 | Canyon del Sol |
| 217 | 1/24/2016 | Stewart's Drain |
| 218 | 1/16/2016 | Goat Canyon |
| 219 | 1/10/2016 | Goat Canyon |
| 220 | 1/10/2016 | Smuggler's Gulch |
| 221 | 1/9/2016 | Goat Canyon |
| 222 | 1/9/2016 | Smuggler's Gulch |
| 223 | 1/9/2016 | Canyon del Sol |
| 224 | 1/9/2016 | Silva Drain |
| 225 | 1/9/2016 | Stewart's Drain |
| 226 | 1/8/2016 | Goat Canyon |
| 227 | 1/8/2016 | Smuggler's Gulch |
| 228 | 1/8/2016 | Canyon del Sol |
| 229 | 1/8/2016 | Silva Drain |
| 230 | 1/8/2016 | Stewart's Drain |
| 231 | 1/7/2016 | Goat Canyon |
| 232 | 1/7/2016 | Smuggler's Gulch |
| 233 | 1/7/2016 | Canyon del Sol |
| 234 | 1/7/2016 | Silva Drain |
| 235 | 1/7/2016 | Stewart's Drain |
| 236 | 1/6/2016 | Goat Canyon |
| 237 | 1/6/2016 | Smuggler's Gulch |
| 238 | 1/6/2016 | Canyon del Sol |
| 239 | 1/6/2016 | Silva Drain |
| 240 | 1/6/2016 | Stewart's Drain |
| 241 | 1/5/2016 | Goat Canyon |
| 242 | 1/5/2016 | Smuggler's Gulch |
| 243 | 1/5/2016 | Canyon del Sol |
| 244 | 1/5/2016 | Silva Drain |
| 245 | 1/5/2016 | Stewart's Drain |
| 246 | 1/4/2016 | Goat Canyon |
| 247 | 1/4/2016 | Smuggler's Gulch |
| 248 | 1/4/2016 | Canyon del Sol |
| 249 | 1/4/2016 | Silva Drain |
| 250 | 1/4/2016 | Stewart's Drain |
| 251 | 12/29/2015 | Goat Canyon |
| 252 | 12/29/2015 | Smuggler's Gulch |
| 253 | 12/29/2015 | Stewart's Drain |
| 254 | 12/28/2015 | Goat Canyon |
| 255 | 12/23/2015 | Goat Canyon |
| 256 | 12/23/2015 | Smuggler's Gulch |
| 257 | 12/23/2015 | Canyon del Sol |

September 27, 2017
Page 18

| Table 3 – Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 258 | 12/23/2015 | Silva Drain |
| 259 | 12/23/2015 | Stewart's Drain |
| 260 | 12/22/2015 | Goat Canyon |
| 261 | 12/22/2015 | Smuggler's Gulch |
| 262 | 12/22/2015 | Canyon del Sol |
| 263 | 12/22/2015 | Silva Drain |
| 264 | 12/22/2015 | Stewart's Drain |
| 265 | 12/20/2015 | Goat Canyon |
| 266 | 12/20/2015 | Smuggler's Gulch |
| 267 | 12/19/2015 | Goat Canyon |
| 268 | 12/19/2015 | Smuggler's Gulch |
| 269 | 12/14/2015 | Goat Canyon |
| 270 | 12/14/2015 | Smuggler's Gulch |
| 271 | 12/14/2015 | Canyon del Sol |
| 272 | 12/14/2015 | Silva Drain |
| 273 | 12/14/2015 | Stewart's Drain |
| 274 | 11/28/2015 | Goat Canyon |
| 275 | 11/28/2015 | Smuggler's Gulch |
| 276 | 11/28/2015 | Canyon del Sol |
| 277 | 11/28/2015 | Silva Drain |
| 278 | 11/28/2015 | Stewart's Drain |
| 279 | 11/27/2015 | Goat Canyon |
| 280 | 11/27/2015 | Smuggler's Gulch |
| 281 | 11/16/2015 | Goat Canyon |
| 282 | 11/15/2015 | Goat Canyon |
| 283 | 11/15/2015 | Smuggler's Gulch |
| 284 | 11/15/2015 | Canyon del Sol |
| 285 | 11/15/2015 | Stewart's Drain |
| 286 | 11/10/2015 | Goat Canyon |
| 287 | 11/10/2015 | Smuggler's Gulch |
| 288 | 11/4/2015 | Canyon del Sol |
| 289 | 11/4/2015 | Stewart's Drain |
| 290 | 11/1/2015 | Goat Canyon |
| 291 | 10/6/2015 | Goat Canyon |
| 292 | 10/6/2015 | Smuggler's Gulch |
| 293 | 10/6/2015 | Canyon del Sol |
| 294 | 10/6/2015 | Silva Drain |
| 295 | 10/6/2015 | Stewart's Drain |
| 296 | 10/5/2015 | Goat Canyon |
| 297 | 10/5/2015 | Smuggler's Gulch |
| 298 | 10/5/2015 | Canyon del Sol |
| 299 | 10/5/2015 | Silva Drain |
| 300 | 10/5/2015 | Stewart's Drain |

September 27, 2017
Page 19

| Table 3 – Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 301 | 9/17/2015 | Goat Canyon |
| 302 | 9/17/2015 | Smuggler's Gulch |
| 303 | 9/16/2015 | Goat Canyon |
| 304 | 9/16/2015 | Smuggler's Gulch |
| 305 | 9/16/2015 | Canyon del Sol |
| 306 | 9/16/2015 | Silva Drain |
| 307 | 9/16/2015 | Stewart's Drain |
| 308 | 9/15/2015 | Goat Canyon |
| 309 | 9/15/2015 | Smuggler's Gulch |
| 310 | 9/15/2015 | Canyon del Sol |
| 311 | 9/15/2015 | Silva Drain |
| 312 | 9/15/2015 | Stewart's Drain |
| 313 | 8/30/2015 | Goat Canyon |

September 27, 2017
Page 20

      **c.**     **CWA Monitoring Violations.**

        **i.**   **Monitoring Requirements**

The Discharge Permit contains substantial monitoring and reporting requirements that trigger when treated or untreated wastewater discharges from the SBIWTP other than from the SBOO. Pertinent here, discharges from the canyon collector systems are classified in two ways:

1. Facilities Spill Events are defined as "discharges of treated or untreated wastewater or other material from the Discharger's facilities, including, but not limited to, the entire wastewater conveyance [system] … owned and operated by the Discharger.".

2. Type A Flow Events are "dry weather transboundary treated or untreated wastewater or other flow through a conveyance owned and operated by the United States Government into Smuggler[sic] Gulch, Goat Canyon, Canyon del Sol, Stewart's Drain, or Silva Drain and not diverted into the canyon collector system for treatment at the [SBIWTP]."[31] While these classifications trigger distinct monitoring and reporting requirements for the discharges, both are violations on the Discharge Permit's prohibition against discharges except at the SBOO.

Under the plain language of the Permit, a dry weather discharge from a canyon collector conveyance may be both a Facilities Spill Event and a Type A Flow Event. Wet weather discharges from the canyon collector systems fall under the definition of Facilities Spill Events. Each type of discharge event induces distinct, but overlapping, monitoring and reporting requirements.

Additionally, both Type A and Facilities Spill Events *of any volume* that reach surface waters and/or a drainage channel tributary to a surface water that are not fully captured and returned to the SBIWTP are classified as Category 1 discharges.[32] Dischargers are under extensive reporting requirements in the immediate aftermath of a Category 1 discharge, including preliminary and certified spill reports to the Regional Board, DEH, local municipalities, and other interested parties within three and fifteen days of the spill, respectively.[33] The specific information required in these reports is listed in the Discharge Permit.[34]

The dischargers must also submit monthly status reports on the general operations of the SBIWTP, including on whether Type A or Facilities Spill events occurred that month. The specific information that must be included for each type of spill is identified in the Discharge Permit.[35]

        **ii.**  **Monitoring Violations**

Each of the discharges listed in Table 2 is underreported, having been reported only in the Daily Canyon Collector Inspection Reports. The Dischargers are in violation of the Discharge

---

[31] *See id.*, VI. C. 2. a., at 17-18.
[32] *Id.*, VI. D. 2. d. i. a., at 28 (emphasis added).
[33] *See id.*, VI. D. 2. d. iii – iv, at 29-31.
[34] *Id.*
[35] *Id.*, VI. C. 2. a., 17-18.

September 27, 2017
Page 21

Permit sections VI. C. 2. d. iii. and iv. for each spill from SBITWP treatment works facilities, including the canyon collectors, listed above, for which no preliminary and/or certified report containing the information identified in those sections was submitted to the Regional Board, and other relevant stakeholders.

## III.     IMMINENT AND SUBSTANTIAL ENDANGERMENT UNDER RCRA

To the extent that the wastewater flows described herein are not subject to a NPDES permit, they are illegal under the Resource Conservation and Recovery Act, 42 U.S.C. § 6901 *et seq*. Like those described in Table 2, canyon collector discharges deposit solid and/or hazardous waste near the collectors. Transboundary wastewater discharge events through the flood control conveyance and Yogurt Canyon dispose of solid and/or hazardous wastes in and near the River Valley. RCRA provides that:

> any person [may] commence a civil action on his own behalf . . . against any person, including the United States and any other governmental instrumentality or agency. . . who has contributed or who is contributing to the past or present handling, storage, treatment, transportation, or disposal of any solid or hazardous waste which may present an imminent and substantial endangerment to health or the environment . . .[36]

This provision explicitly allows the consideration of environmental or health effects arising from waste and authorizes suit any time there may be a present threat – an imminent and substantial endangerment – to health or environment.[37]

### a.     IBWC and Veolia are Subject to RCRA Enforcement.

IBWC and Veolia are "persons" subject to RCRA citizen suit enforcement. RCRA explicitly defines "person" to include "corporation[s]" and "each department, agency and instrumentality of the United States."[38] Veolia is a corporation. IBWC is organized as an agency of the United States. They therefore meet the definition of a person subject to suit under RCRA. Moreover, the citizen suit provisions explicitly make the federal government subject to RCRA citizen enforcement actions.[39]

---

[36] 42 USC § 6972(a)(1(B).
[37] *Meghrig v. KFC Western, Inc*., 516 U.S. 479, 485 (1996).
[38] 42 USC § 6903(15).
[39] 42 USC § 6972(a)(1(B).

September 27, 2017
Page 22

b.      **The Wastewater Discharging to the Tijuana River Valley Contains Solid and Hazardous Wastes.**

The wastewater constituents that deposit near the canyon collectors or flow through the concrete flood control conveyance and Yogurt Canyon constitute solid or hazardous waste within the meaning of RCRA. "Solid waste" includes "any garbage, refuse, sludge from a waste treatment plant . . . and other discarded material, including solid, liquid, semisolid, or contained gaseous material resulting from industrial, commercial, mining, and agricultural operations, and from community activities."[40]

The term "hazardous waste" means a solid waste, or combination of solid wastes, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may: (A) cause, or significantly contribute to an increase in mortality or an increase in serious irreversible, or incapacitating reversible, illness; or (B) pose a substantial present or potential hazard to human health or the environment when improperly treated, stored, transported, or disposed of, or otherwise managed.[41]

Although RCRA excludes from its coverage disposal of domestic sewage and industrial waste that would be subject to a NPDES permit,[42] the wastewater that is the subject of this notice frequently discharges to land, rendering the Clean Water Act NPDES permitting program inapplicable to those discharges.

The wastewater flows that sweep through the City of Tijuana bring with them industrial waste, pesticides, metals, and other discarded solid waste materials that ultimately flow into the United States. Moreover, sampling of these flow events show them to contain several acute hazardous and/or toxic solid wastes as defined by RCRA and U.S. Environmental Protection Agency regulations.[43] These include, but are not limited to:

- Aldrin (P004)
- Nitrogen (P076, P078)
- Lindane (U129)
- Chloroform (U044)
- DDT (U061)
- Dieldrin (P037)
- Heptachlor (P059)
- Benzene (U019)
- Chlorobenzene (U037)

---

[40] 42 U.S.C. § 6903(27).

[41] 42 U.S.C. § 6903(5).

[42] *See* 42 U.S.C. § 6903(27) (The term solid waste "does not include solid or dissolved material in domestic sewage, or solid or dissolved materials in irrigation return flows or industrial discharges which are point sources subject to permits under section 1342 of Title 33…").

[43] *See* 40 C.F.R. § 261.30 (defining hazardous wastes as solid waste); 40 CFR § 261.33 (listing hazardous and toxic wastes; EPA hazardous waste number listed parenthetically).

September 27, 2017
Page 23

- Toluene (U220)
- 2,4-dinitrotoluene (U105)
- Nitrophenol (U170)
- Phenol (U188)

The wastes found in these flows pose a substantial present and potential hazard to human health or the environment when disposed of improperly. These substances, which broadly include pathogens, metals, industrial process chemicals, and others, are known to cause acute illness, increased risk of cancer, death, and other maladies in humans. Human exposure to these contaminants is likely when, after they are discharged to land, subsequent flow events wash residuals into the Tijuana River and Estuary, and the Pacific Ocean. The materials contained in the canyon collector discharges are hazardous and solid wastes within the meaning of RCRA.

    **c.**    **IBWC and Veolia Have Contributed and Continue to Contribute to the Handling, Transportation, and Disposal of Hazardous Wastes from the Canyon Collectors.**

IBWC and Veolia have and continue to contribute to the handling and transport of solid and/or hazardous wastes contained in transboundary wastewater influent from the moment such influent enters the canyon collector system, and during the flow of that material through IBWC-owned and Veolia-operated conveyance structures toward the canyon collector drains. These are described in detail in Tables 2 and 3. IBWC and Veolia have contributed and continue to contribute to the disposal[44] of solid and/or hazardous wastes contained in the transboundary wastewater when that wastewater overflows, leaks, or spills from the conveyance structures and is deposited on land or into the Tijuana River and/or Estuary, or to the natural drainages that are tributaries to those waters.

    **d.**    **IBWC Has Contributed and Continues to Contribute to the Handling, Transportation, and Disposal of Hazardous Wastes Via Yogurt Canyon and the Flood Control Conveyance.**

The failure of existing wastewater collection, conveyance, and treatment facilities in Mexico is the overwhelming cause of transboundary wastewater flow events in the concrete flood control conveyance and Yogurt Canyon. Table 1, above, lists the most recent of these events in the flood control conveyance; Table 4, below, describes additional reported discharges from Yogurt Canyon, an unimproved drainage to the West of the canyon collectors, near International Friendship Park. Most of these events are attributable to failures of existing diversion facilities in the Tijuana River from which IBWC collects the wastewater it treats at SBIWTP – including, but not limited to, the known incapacity of the CILA diversion structure and CILA pump station to capture wet weather or emergency flows and move them into the wastewater conveyance

---

[44] 42 USC § 6903(3) (defining "disposal" as the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground waters.

September 27, 2017
Page 24

infrastructure. The discharges in Tables 1 and 4 deposit solid and/or hazardous wastes onto land and into the Tijuana River and Estuary in violation of RCRA.

| Table 4 – Wastewater Flow Events via Yogurt Canyon | | | |
|---|---|---|---|
| Date | Volume (Gal.) | Vector | Description |
| 6/20/2017 | 100,000 | Yogurt Canyon | Clogged manhole at Playas de Tijuana |
| 10/26/2016 | 875,000 | Yogurt Canyon | Unknown |
| 7/2015 | Unknown | Yogurt Canyon | Unknown |

IBWC is integral to the design, construction, operation, maintenance, and monitoring of the CILA diversion and the rest of the transnational wastewater collection, conveyance, and treatment system. To that end, IBWC spends (1) substantial sums ensuring the collection and treatment of wastewater from Mexico; (2) provides technical expertise in the design and operation of such facilities; (3) develops operating protocols for existing wastewater collection facilities in Mexico; (4) coordinates with CILA on the operation of the entire transnational wastewater collection, conveyance, and treatment infrastructure; and (5) represents the United States' interests in addressing transnational pollution issues. Moreover, IBWC through its operation of the flood control conveyance, moves and discharges solid and hazardous wastes from the flood control conveyance into the unlined portion of the Tijuana River Valley in the United States, including those discharges described in Table 1. Such activities contribute to the handling and transport of solid and/or hazardous waste in Mexico, and the handling, transport and disposal of solid and/or hazardous waste in the United States, including those wastewater disposal events that are the subject of this Notice as described in Tables 1 and 4.

### e. The Wastewater Discharges to the Tijuana River Valley are Imminent and Substantial Endangerments to Human Health and the Environment.

Human and environmental exposure to the toxins, pesticides, and other solid and/or hazardous wastes contained in discharges from the canyon collectors and via flood control conveyance and Yogurt Canyon warrant extreme concern. The nature of this threat is grave: many of these waste materials are known contributors to irreversible and/or incapacitating illnesses, can cause or contribute to increases in mortality. Table 5 describes the health effects of exposure to some, but not all, of the waste materials that are known to be contained in the wastewater flow events that are the subject of this Notice.

| Table 5 – Certain Health Hazards of Subject Wastewater Discharges[45] | |
|---|---|
| Waste Material | Human Health Impacts |
| Aldrin/dieldrin | Long term exposure can result in headaches, dizziness, irritability, vomiting, or uncontrollable muscle movements. Some sensitive people seem to develop a |

---

[45] All information from the Agency for Toxic Substances and Disease Registry, U.S. Center for Disease Control, Toxic Substances Portal – Public Health Statements, available at https://www.atsdr.cdc.gov/substances/index.asp

September 27, 2017
Page 25

| Table 5 – Certain Health Hazards of Subject Wastewater Discharges[45] | |
|---|---|
| **Waste Material** | **Human Health Impacts** |
| | condition in which Aldrin or dieldrin causes the body to destroy its own blood cells. EPA has determined that Aldrin and dieldrin are probable human carcinogens. Animal studies show that these substances can cause changes to the nervous system, reproductive system, kidneys, and liver and reduce the ability to fight infection. Acute exposure can cause convulsions and death. |
| DDT | Ingestion, inhalation and topical exposure affects the nervous system, causing excitability, tremors, seizures, sweating, headache, nausea, vomiting, and dizziness. People exposed for a long time to small amounts of DDT had some changes in the levels of liver enzymes in the blood. Studies have showed reductions in the duration of lactation and increased chance of having a pre-term baby. |
| Benzene | Acute exposure can result in death. Lower levels can cause drowsiness, dizziness, rapid heart rate, headaches, tremors, confusion, and unconsciousness. Ingestion can cause vomiting, irritation of the stomach, dizziness, sleepiness, convulsions, rapid heart rate, coma, and death. Topical exposure can cause redness and sores. Benzene causes problems in the tissues that form blood cells, especially the bone marrow. These effects can disrupt normal blood production and cause a decrease in important blood components, anemia, excessive bleeding, and leukemia. Reproductive hazards include irregular menstruation, decreased ovary size, low birth weight, and bone damage in fetuses. |
| Toluene | Incoordination, cognitive impairment, and vision and hearing loss may become permanent with repeated exposure. Exposure during pregnancy may lead to retardation of mental abilities and growth in children. Other health effects of potential concern may include immune, kidney, liver, and reproductive effects. Reproductive effects include spontaneous abortion. |
| Arsenic | Large oral doses in water cause death. Other effects include decreased production of red and white blood cells, which may cause fatigue, abnormal heart rhythm, blood-vessel damage resulting in bruising, and impaired nerve function causing a "pins and needles" sensation in your hands and feet. Skin changes include darkened skin and the appearance of small "corns" or "warts" on the palms, soles, and torso, and are often associated with changes in the blood vessels of the skin. Arsenic is a known carcinogen, and may cause skin, liver, bladder, and lung cancers. |
| Antimony | Antimony in drinking water can cause vomiting and abdominal pain. Stomach ulcers have been seen in animals exposed to antimony in drinking water for several months. Antimony can also cause eye irritation if it gets in the eye. Lung cancer has been observed in some studies of workers, and mice breathing high concentrations of antimony. |
| Lead | Long-term exposure of adults to lead at work has resulted in decreased performance in some tests that measure functions of the nervous system. Lead exposure may also cause weakness in fingers, wrists, or ankles. Lead exposure also causes small increases in blood pressure, particularly in middle-aged and older people. Lead exposure may also cause anemia. At high levels of exposure, |

September 27, 2017
Page 26

| Table 5 – Certain Health Hazards of Subject Wastewater Discharges[45] | |
|---|---|
| **Waste Material** | **Human Health Impacts** |
| | lead can severely damage the brain and kidneys in adults or children and ultimately cause death. In pregnant women, high levels of exposure to lead may cause miscarriage. High-level exposure in men can damage the organs responsible for sperm production. It is probably carcinogenic to humans. |
| Cadmium | Eating food or drinking water with very high cadmium levels severely irritates the stomach, leading to vomiting and diarrhea, and sometimes death. Eating lower levels of cadmium over a long period of time can lead to a build-up of cadmium in the kidneys. If the build-up of cadmium is high enough, it will damage the kidneys. Exposure to lower levels of cadmium for a long time can also cause bones to become fragile and break easily. |
| Thallium | Thallium affects the nervous system, lung, heart, liver, and kidney if large amounts are eaten or drunk for short periods of time. Temporary hair loss, vomiting, and diarrhea can also occur and death may result after exposure to large amounts of thallium for short periods. Thallium can be fatal from a dose as low as 1 gram. |
| Mercury | Exposure to mercury can cause permanent brain damage, with symptoms such as personality changes (irritability, shyness, nervousness), tremors, changes in vision (constriction (or narrowing) of the visual field), deafness, muscle incoordination, loss of sensation, and difficulties with memory. Mercury damages the kidneys, as well as the stomach and intestines, producing symptoms of nausea, diarrhea, or severe ulcers. |
| Heptachlor | Studies have shown a number of harmful health effects when animals were fed heptachlor. The effects observed in animals include damage to the liver, excitability, and decreases in fertility. Animals fed heptachlor throughout their lifetime had more liver tumors than animals that ate food without heptachlor. EPA and the International Agency for Research on Cancer have classified heptachlor as a possible human carcinogen. |
| Phenol | Ingestion of liquid products containing concentrated phenol can cause serious gastrointestinal damage and even death. Application of concentrated phenol to the skin can cause severe skin damage. Short-term exposure to high levels of phenol has caused irritation of the respiratory tract and muscle twitching in animals. Longer-term exposure to high levels of phenol caused damaged to the heart, kidneys, liver, and lungs in animals. |

The vectors for exposure to these and other hazardous wastes and pollutants in the Tijuana River Valley and canyon collectors render the potential for human exposure to them an imminent and substantial endangerment to human health. Any discharged material that flows into the canyon collectors, and necessarily near the drainages that are tributary to the Tijuana River and Estuary, has the potential to be swept into those drainages and discharged to those waters. Once in those waterways and/or deposited on land downstream, recreators in the River and Estuary can potentially be exposed, as can surfers, beachgoers and other beach and ocean users in Imperial Beach and elsewhere in California.

September 27, 2017
Page 27

## IV.   PERSONS RESPONSIBLE FOR VIOLATIONS

The flood control conveyance and all of the canyon collectors are owned by the U.S. Section of the International Boundary and Water Commission. The SBIWTP and the canyon collectors are operated by Veolia Water North America – West, LLC. Therefore, IBWC and Veolia are responsible for the Clean Water Act and Resource Conservation and Recovery Act violations as described herein.

## V.   RELIEF SOUGHT & PENALTIES

The Claimants seek permanent cessation of the violations set forth herein and the resulting water pollution entering their jurisdictions and impacting their property and constituents. Claimants believe that a negotiated settlement that includes provisions for immediate design and construction of infrastructural upgrades, a compliance schedule, compliance monitoring, and other provisions, would be superior to litigation. However, Claimants are prepared to litigate these violations.

If the parties are unable to reach an enforceable settlement within 60 days of this notice letter, the Claimants intend to file suit in the United States District Court for the Southern District of California under the Clean Water Act. The Claimants will seek injunctive relief, civil penalties, fees, and costs of the litigation, and any other relief allowable by the court. Clean Water Act violators are subject to civil penalties of up to $52,414.00 per violation per day for each violation of the Clean Water Act.[46]

Additionally, the Claimants intend to initiate RCRA litigation if these matters are not resolved within 90 days of this Notice letter.[47] The Claimants will seek abatement of the imminent and substantial endangerment, fees, costs, and any other relief allowable by the court.

## VI.   PERSONS GIVING NOTICE

The City of Imperial Beach, by and through its attorneys Sher Edling LLP, gives this Notice of Intent to Sue pursuant to 33 U.S.C. section 1365(b) and 42 U.S.C. section 6972(a)(1)(B). The City's contact information is as follows:

825 Imperial Beach Blvd.
Imperial Beach, CA 91932
Tel: (619) 423-8300

The name, address, and phone number for the City's legal counsel, who is giving notice on behalf of the City, is:

---

[46] 40 CFR § 19.4, Table 2.
[47] 42 USC § 6972(B)(2)(A).

September 27, 2017
Page 28

Matthew K. Edling
Timothy R. Sloane
Victor M. Sher
**Sher Edling LLP**
425 California St. Suite 810
San Francisco, CA 94104
matt@sheredling.com
tim@sheredling.com
vic@sheredling.com
Tel: (628) 231-2500

Please direct all correspondence to the City of Imperial Beach related to this notice to Sher Edling LLP.

The San Diego Unified Port District, by and through its General Counsel, gives this Notice of Intent to Sue pursuant to 33 U.S.C. section 1365(b) and 42 U.S.C. section 6972(a)(1)(B). The Port District's contact information is as follows:

3165 Pacific Highway
San Diego, CA 92101
Tel: (619) 686-6200

The name, address, and phone number for the Port District's legal counsel, who is giving notice on behalf of the Port District, is:

Thomas A. Russell
John N. Carter
**Office of the General Counsel**
3165 Pacific Highway
San Diego, CA 92101
trussell@portofsandiego.org
jcarter@portofsandiego.org
Tel: (619) 686-6200

Please direct all correspondence to the San Diego Unified Port District related to this notice to the Port District's General Counsel.

The City of Chula Vista, by and through the City Attorney for the City of Chula Vista, gives this Notice of Intent to Sue pursuant to 33 U.S.C. section 1365(b) and 42 U.S.C. section 6972(a)(1)(B). The City's contact information is as follows:

276 Fourth Avenue
Chula Vista, CA 91910
Tel: (619) 691-5031

September 27, 2017
Page 29

The name, address, and phone number for the City's legal counsel, who is giving notice on behalf of the City, is:

Glen R. Googins
Bart J. Miesfeld
**Office of the City Attorney**
276 Fourth Avenue
Chula Vista, CA 91910
ggoogins@chulavistaca.gov
bmiesfeld@chulavistaca.gov
Tel: (619) 691-5037

Please direct all correspondence to the City of Chula Vista related to this notice to the City Attorney.

## VII.    CONCLUSION

Please contact the undersigned if you have questions concerning this letter or the Clean Water Act and Resource Conservation and Recovery Act violations described herein. We look forward to resolving this matter as soon as possible.

Sincerely,

MATTHEW K. EDLING

**Sher Edling LLP**
Victor M. Sher
Matthew K. Edling
Timothy R. Sloane

*Attorneys for the City of Imperial Beach*

GLEN R. GOOGINS

**Office of the City Attorney**
Glen R. Googins
Bart J. Miesfeld

*Attorneys for the City of Chula Vista*

THOMAS A. RUSSELL

**Office of the General Counsel**
Thomas A. Russell
John N. Carter

*Attorneys for the San Diego Unified Port District*

September 27, 2017
Page 30

cc via certified mail:

Scott Pruitt, EPA Chief Administrator
Environmental Protection Agency, 1101A
12000 Pennsylvania Ave. N.W.
Washington, DC 20460

Alexis Strauss, Acting EPA Regional Administrator
US EPA Pacific Southwest, Region 9
75 Hawthorne St.
San Francisco, CA 94105

U.S. Attorney General Jeff Sessions
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Eileen Sobeck, Executive Director
California State Water Resources Control Board
PO Box 100
Sacramento, California 95812-0100

Director Barbara A. Lee
California Department of Toxic Substances Control Headquarters
PO Box 806
Sacramento, CA 95812-0806

Veolia Water North America-West, LLC
Agent for Service of Process
CT Corporation System (C0168406)
818 W 7th St., Suite 930
Los Angeles, CA 90017

# EXHIBIT B

Exhibit B

| Wastewater Flow Events via Flood Control Conveyance | | | |
|---|---|---|---|
| Date[1] | Volume (Gal.) | Vector | Description |
| 2/26/2018 | 1.185 million | Flood Control Conveyance | Electrical and mechanical equipment failures at Pump Station CILA |
| 2/20/2018 | 304,000 | Flood Control Conveyance | Maintenance at Pump Station CILA requiring facility shutdown |
| 2/15/2018 | Unknown | Flood Control Conveyance | Unknown |
| 2/10/2018 | 665,000 | Flood Control Conveyance | Electrical issues affecting operation of motors and pumps at Pump Station CILA |
| 2/9/2018 | 560,000 | Flood Control Conveyance | Electrical power failure at Pump Station CILA |
| 2/4/2018 | 100,000 | Flood Control Conveyance | Water line rupture in Mexico |
| 1/29/2018 | 208,000 | Flood Control Conveyance | Electrical malfunction at Pump Station CILA |
| 1/9/2018 | Unknown | Flood Control Conveyance | Pump Station CILA capacity exceeded |
| 10/22/2017 | 228,000 | Flood Control Conveyance | Capacity of Pump Station CILA exceeded |
| 10/11/2017 | 81,000 | Flood Control Conveyance | Clogged intake screens at CILA diversion |
| 9/19/2017 | 38,000 | Flood Control Conveyance | Clogged intake screens at CILA diversion |
| 9/12/2017 | 192,000 | Flood Control Conveyance | Malfunction of level sensors at Pump Station CILA |
| 9/9/2017 | 3.9 million | Flood Control Conveyance | Water system overflow exceeded capacity of Pump Station CILA |
| 8/17/2017 | 411,000 | Flood Control Conveyance | Clogged intake screens at CILA diversion |
| 8/7/2017 | 311,000 | Flood Control Conveyance | Clogged intake screens at CILA diversion |
| 7/31/2017 | 1.72 million | Flood Control Conveyance | Power fluctuations at Pump Station CILA forced shutdown of that facility |
| 6/12/2017 | 66,000 | Flood Control Conveyance | Capacity of Pump Station CILA exceeded |

[1] The date listed represents the date a flood control conveyance discharge initiated or was first reported. Many of these discharges occurred over the course of several consecutive days.

Exhibit B

| Wastewater Flow Events via Flood Control Conveyance | | | |
|---|---|---|---|
| Date[1] | Volume (Gal.) | Vector | Description |
| 6/10/2017 | 161,670 | Flood Control Conveyance | Capacity of Pump Station CILA exceeded |
| 6/9/2017 | 42,800 | Flood Control Conveyance | Capacity of Pump Station CILA exceeded |
| 5/25/2017 | 335,000 | Flood Control Conveyance | Shutdowns at Pump Station CILA |
| 5/21/2017 | 400,000 | Flood Control Conveyance | Traffic accident resulting in shutdown at pump station CILA |
| 2/24/2017 | 256 million | Flood Control Conveyance | Failure at Diversion/pump station CILA |
| 7/4/2016 | 33,000 | Flood Control Conveyance | Unknown |
| 7/2/2016 | 1.32 million | Flood Control Conveyance | Unknown |
| 4/5/2016 | 4.86 million | Flood Control Conveyance | Unknown |
| 2/12/2016 | 370,000 | Flood Control Conveyance | River flow exceeded capacity of pump station CILA |
| 1/2016 | 27.28 million | Flood Control Conveyance | Eleven distinct spills attributable to potable water line break and pump station capacity exceedance |
| 12/11/2015 | 2.06 million | Flood Control Conveyance | Clogged intake screen at CILA diversion |
| 11/19/2015 | 1.31 million | Flood Control Conveyance | Clogged intake screen at CILA diversion |
| 10/17-18/2015 | 1.3 million | Flood Control Conveyance | Motor pump failure at pump station CILA |
| 10/14/2015 | 1.124 million | Flood Control Conveyance | Motor control failure at pump station CILA |
| 10/13/2015 | 1.35 million | Flood Control Conveyance | Pump failures |

Exhibit B

| Wastewater Flow Events via Flood Control Conveyance | | | |
|---|---|---|---|
| Date[1] | Volume (Gal.) | Vector | Description |
| 9/19-22/2015 | 7.74 million | Flood Control Conveyance | Pump station CILA breakdowns |
| 8/1-8/2015 | Unknown | Flood Control Conveyance | Five distinct spills due to clogged intake screens at diversion |
| 2/3-16/2015 | Unknown | Flood Control Conveyance | Five distinct spills due to trash clog at diversion intake screen. |
| 1/2015 | Unknown | Flood Control Conveyance | Ten distinct spills due to trash clog at diversion intake screen. |

# EXHIBIT C

Exhibit C

| **Canyon Collectors Overflows with Spill Reports** | | | | |
|---|---|---|---|---|
| **Date** | **Location** | **Gallons (est.)** | **Pollutants Present[1]** | **Receiving Water** |
| 10/19/2017 | Canyon del Sol | 1,207,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; Methylene Blue Active Substances; pH; P; TDS; total N; TSS; turbidity; bromodichloromethane; bromoform; chloroform; dibromochloromethane; 2,3,7,8-TCDD; asbestos structures; | Tijuana River |
| 10/7/2017 | Canyon del Sol | 4,152,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; pH; P; TDS; total N; TSS; turbidity; bromodichloromethane; bromoform; chloroform; dibromochloromethane; 2,3,7,8-TCDD; asbestos structures | Tijuana River |
| 6/27/2017 | Canyon del Sol | 5,500,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; Methylene Blue Active Substances; pH; P; TDS; total N; TSS; turbidity; Cr; Cu; bromodichloromethane; bromoform; chloroform; dibromochloromethane; 2,4,6-trichlorophenol; bis(2-ethylhexyl)phthalate; butyl benzyl phthalate; Di-n-butyl phthalate; asbestos structures; 2,3,7,8-TCDD | Tijuana River |
| 5/24/2017 | Stewart's Drain | 3,800 | No samples recovered[2] | Tijuana River |
| 5/21/2017 | Stewart's Drain | 1,560 | No samples recovered[3] | Tijuana River |
| 4/30/2017 | Goat Canyon | 645,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; pH; P; TDS; total N; TSS; turbidity; Cu; Ni; Pb; chloroform; 1,4-dochlorobenzene; tetrachloroethene; toluene; Hg; Sb; Ar; Be; Cd; Cr; Pb; Se; Ag; Tl; Zn; Aldrin; HCH-gamma (Lindane); 4,4-DDT; Dieldrin; Heptachlor; benzene; chlorobenzene; 1,1- | Goat Canyon Drainage |

[1] From sampling data attached to IBWC Monthly available on CIWQS, unless otherwise noted.
[2] IBWC, Monthly Spill Report for May 2017 (June 30, 2017).
[3] *Id.*

Exhibit C

| Canyon Collectors Overflows with Spill Reports | | | | |
|---|---|---|---|---|
| Date | Location | Gallons (est.) | Pollutants Present[1] | Receiving Water |
| | | | dichloroethene; toluene; trichloroethene | |
| 4/24/17 | Stewart's Drain | 12,850 | Enterococcus; Fecal Coliforms; Total Coliforms; BOD; DO; Methylene blue; pH; P; TDS; total N; TSS; turbidity; Cu; Ni; Zn; chloroform; 1,4-Dichlorobenzene; tetrachloroethene; toluene; | Tijuana River |
| 3/1/2017 | Goat Canyon | 145,000 | Ammonia as N; BOD; Carbonaceous BOD; Chlorine; floatables; Methylene blue; pH; P; TSS; TDS; turbidity; VSS; Al; Cu; Fe; Mg; Ni; Zn; trash | Goat Canyon Drainage |
| 9/5/2016 | Canyon Del Sol | 390 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; pH; P; TDS; total N; TSS; turbidity; Ni; Sb; Zn; TCE; Hg; Ar; Be; Cd; Cr; Cu; Pb; Se; Ag; Tl; Zn; benzene; chlorobenzene; 1,1-dichloroethene; toluene; trichloroethene; acenaphthene; 2-chlorophenol; 4-chloro-3-methylphenol; 1,2-dichlorobenzene; 2,4-dinitrotoluene; 4-nitrophenol; N-nitrosodi-n-propylamine; pentrahchlorophenol; phenol; pyrene; 1,2,4-trichlorobenzene | Canyon del Sol drainage |
| 1/28/2016 | Stewart's Drain | 2,200 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; methylene blue active substances; pH; P; TDS; total N; TSS; turbidity; Cu; Hg; Ni; Zn; bromodichloromethane; chloroform; dibromochloroethane; 1,4-dichlorobenzene; tetrachloroethene; toluene | Stewart's Drain Drainage |
| 4/19/2015 | Canyon Del Sol | 2,000 | Enterococcus; fecal coliforms; total coliforms; BOD; DO; methylene blue active substances; pH; P; TDS; total N; TSS; turbidity; Cu; Ni; Zn; Sb; Ar; Be; Cd; Cr; Pb; Se; Ag; Tl; Hg; Aldrin; HCH-gamma (Lindane); 4,4-DDT; Dieldrin; Heptachlor; benzene; | Tijuana River |

Exhibit C

| Canyon Collectors Overflows with Spill Reports | | | | |
|---|---|---|---|---|
| Date | Location | Gallons (est.) | Pollutants Present[1] | Receiving Water |
| | | | chlorobenzene; 1,1-Dichloroethene; toluene; trichloroethene; Acenaphthene; 2-chlorophenol; 4-chlor-3-methylphenol; 1,4-dichlorobenzene; 2,4-dinitrotoluene; 4-nitrophenol; N-nitrosodi-n-propylamine; pentrahchlorophenol; phenol; pyrene; 1,2,4-trichlorobenzene | |

# EXHIBIT D

Exhibit D

| Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 1. | 2/27/2018 | Goat Canyon |
| 2. | 12/21/2017 | Canyon del Sol |
| 3. | 12/21/2017 | Silva Drain |
| 4. | 12/21/2017 | Stewart's Drain |
| 5. | 11/8/2017 | Stewart's Drain |
| 6. | 11/8/2017 | Silvia Drain |
| 7. | 11/8/2017 | Canyon del Sol |
| 8. | 11/8/2017 | Smuggler's Gulch |
| 9. | 11/8/2017 | Goat Canyon |
| 10. | 11/7/2017 | Stewart's Drain |
| 11. | 11/7/2017 | Silva Drain |
| 12. | 11/7/2017 | Canyon del Sol |
| 13. | 11/7/2017 | Smuggler's Gulch |
| 14. | 11/7/2017 | Goat Canyon |
| 15. | 10/19/2017 | Canyon del Sol |
| 16. | 10/7/2017 | Canyon del Sol |
| 17. | 5/19/2017 | Smuggler's Gulch |
| 18. | 5/7/2017 | Goat Canyon |
| 19. | 5/7/2017 | Smuggler's Gulch |
| 20. | 5/7/2017 | Canyon del Sol |
| 21. | 5/7/2017 | Silva Drain |
| 22. | 5/7/2017 | Stewart's Drain |
| 23. | 4/29/2017 | Canyon del Sol |
| 24. | 3/1/2017 | Smuggler's Gulch |
| 25. | 2/28/2017 | Goat Canyon |
| 26. | 2/28/2017 | Smuggler's Gulch |
| 27. | 2/27/2017 | Goat Canyon |
| 28. | 2/27/2017 | Canyon del Sol |
| 29. | 2/27/2017 | Stewart's Drain |
| 30. | 2/27/2017 | Smuggler's Gulch |
| 31. | 2/27/2017 | Silva Drain |
| 32. | 2/26/2017 | Smuggler's Gulch |
| 33. | 2/20/2017 | Goat Canyon |
| 34. | 2/20/2017 | Smuggler's Gulch |
| 35. | 2/19/2017 | Goat Canyon |
| 36. | 2/19/2017 | Canyon del Sol |
| 37. | 2/19/2017 | Stewart's Drain |
| 38. | 2/19/2017 | Smuggler's Gulch |
| 39. | 2/19/2017 | Silva Drain |
| 40. | 2/18/2017 | Goat Canyon |
| 41. | 2/18/2017 | Canyon del Sol |
| 42. | 2/18/2017 | Stewart's Drain |
| 43. | 2/18/2017 | Smuggler's Gulch |

Exhibit D

| Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 44. | 2/18/2017 | Silva Drain |
| 45. | 2/12/2017 | Goat Canyon |
| 46. | 2/7/2017 | Goat Canyon |
| 47. | 2/7/2017 | Canyon del Sol |
| 48. | 2/7/2017 | Stewart's Drain |
| 49. | 2/7/2017 | Smuggler's Gulch |
| 50. | 2/7/2017 | Silva Drain |
| 51. | 1/24/2017 | Goat Canyon |
| 52. | 1/24/2017 | Smuggler's Gulch |
| 53. | 1/24/2017 | Canyon del Sol |
| 54. | 1/24/2017 | Silva Drain |
| 55. | 1/24/2017 | Stewart's Drain |
| 56. | 1/23/2017 | Goat Canyon |
| 57. | 1/23/2017 | Smuggler's Gulch |
| 58. | 1/23/2017 | Canyon del Sol |
| 59. | 1/23/2017 | Silva Drain |
| 60. | 1/23/2017 | Stewart's Drain |
| 61. | 1/22/2017 | Goat Canyon |
| 62. | 1/22/2017 | Smuggler's Gulch |
| 63. | 1/22/2017 | Canyon del Sol |
| 64. | 1/22/2017 | Silva Drain |
| 65. | 1/22/2017 | Stewart's Drain |
| 66. | 1/21/2017 | Goat Canyon |
| 67. | 1/21/2017 | Smuggler's Gulch |
| 68. | 1/20/2017 | Goat Canyon |
| 69. | 1/20/2017 | Canyon del Sol |
| 70. | 1/20/2017 | Stewart's Drain |
| 71. | 1/20/2017 | Smuggler's Gulch |
| 72. | 1/20/2017 | Silva Drain |
| 73. | 1/19/2017 | Goat Canyon |
| 74. | 1/19/2017 | Canyon del Sol |
| 75. | 1/19/2017 | Stewart's Drain |
| 76. | 1/19/2017 | Smuggler's Gulch |
| 77. | 1/19/2017 | Silva Drain |
| 78. | 1/14/2017 | Goat Canyon |
| 79. | 1/14/2017 | Canyon del Sol |
| 80. | 1/14/2017 | Stewart's Drain |
| 81. | 1/14/2017 | Smuggler's Gulch |
| 82. | 1/14/2017 | Silva Drain |
| 83. | 1/13/2017 | Goat Canyon |
| 84. | 1/13/2017 | Canyon del Sol |
| 85. | 1/13/2017 | Stewart's Drain |
| 86. | 1/13/2017 | Smuggler's Gulch |

Exhibit D

| Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 87. | 1/13/2017 | Silva Drain |
| 88. | 1/12/2015 | Goat Canyon |
| 89. | 1/12/2017 | Smuggler's Gulch |
| 90. | 1/12/2017 | Canyon del Sol |
| 91. | 1/11/2017 | Goat Canyon |
| 92. | 1/10/2017 | Goat Canyon |
| 93. | 1/10/2017 | Canyon del Sol |
| 94. | 1/9/2017 | Canyon del Sol |
| 95. | 1/8/2017 | Goat Canyon |
| 96. | 1/8/2017 | Stewart's Drain |
| 97. | 1/6/2017 | Goat Canyon |
| 98. | 1/6/2017 | Canyon del Sol |
| 99. | 1/6/2017 | Stewart's Drain |
| 100. | 1/6/2017 | Smuggler's Gulch |
| 101. | 1/2/2017 | Goat Canyon |
| 102. | 1/1/2017 | Goat Canyon |
| 103. | 1/1/2017 | Smuggler's Gulch |
| 104. | 1/1/2017 | Canyon del Sol |
| 105. | 1/1/2017 | Silva Drain |
| 106. | 1/1/2017 | Stewart's Drain |
| 107. | 12/31/2016 | Goat Canyon |
| 108. | 12/31/2016 | Smuggler's Gulch |
| 109. | 12/31/2016 | Canyon del Sol |
| 110. | 12/31/2016 | Silva Drain |
| 111. | 12/30/2016 | Goat Canyon |
| 112. | 12/30/2016 | Smuggler's Gulch |
| 113. | 12/30/2016 | Stewart's Drain |
| 114. | 12/27/2016 | Goat Canyon |
| 115. | 12/25/2016 | Goat Canyon |
| 116. | 12/25/2016 | Smuggler's Gulch |
| 117. | 12/24/2016 | Goat Canyon |
| 118. | 12/24/2016 | Smuggler's Gulch |
| 119. | 12/24/2016 | Stewart's Drain |
| 120. | 12/23/2016 | Goat Canyon |
| 121. | 12/23/2016 | Smuggler's Gulch |
| 122. | 12/23/2016 | Canyon del Sol |
| 123. | 12/23/2016 | Silva Drain |
| 124. | 12/23/2016 | Stewart's Drain |
| 125. | 12/22/2016 | Goat Canyon |
| 126. | 12/22/2016 | Smuggler's Gulch |
| 127. | 12/22/2016 | Canyon del Sol |
| 128. | 12/22/2016 | Silva Drain |
| 129. | 12/22/2016 | Stewart's Drain |

Exhibit D

| Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 130. | 12/17/2016 | Canyon del Sol |
| 131. | 12/17/2016 | Silva Drain |
| 132. | 12/17/2016 | Stewart's Drain |
| 133. | 12/17/2016 | Goat Canyon |
| 134. | 12/17/2016 | Smuggler's Gulch |
| 135. | 12/16/2016 | Goat Canyon |
| 136. | 12/16/2016 | Smuggler's Gulch |
| 137. | 12/16/2016 | Canyon del Sol |
| 138. | 12/16/2016 | Silva Drain |
| 139. | 12/16/2016 | Stewart's Drain |
| 140. | 11/28/2016 | Goat Canyon |
| 141. | 11/28/2016 | Smuggler's Gulch |
| 142. | 11/28/2016 | Canyon del Sol |
| 143. | 11/28/2016 | Silva Drain |
| 144. | 11/28/2016 | Stewart's Drain |
| 145. | 11/27/2016 | Goat Canyon |
| 146. | 11/27/2016 | Smuggler's Gulch |
| 147. | 11/27/2016 | Canyon del Sol |
| 148. | 11/27/2016 | Silva Drain |
| 149. | 11/27/2016 | Stewart's Drain |
| 150. | 11/22/2017 | Goat Canyon |
| 151. | 11/22/2017 | Smuggler's Gulch |
| 152. | 11/22/2017 | Canyon del Sol |
| 153. | 11/22/2017 | Silva Drain |
| 154. | 11/22/2017 | Stewart's Drain |
| 155. | 11/21/2016 | Goat Canyon |
| 156. | 11/21/2016 | Smuggler's Gulch |
| 157. | 11/21/2016 | Canyon del Sol |
| 158. | 11/21/2016 | Silva Drain |
| 159. | 11/21/2016 | Stewart's Drain |
| 160. | 11/20/2016 | Silva Drain |
| 161. | 9/22/2016 | Goat Canyon |
| 162. | 9/22/2016 | Smuggler's Gulch |
| 163. | 9/22/2016 | Stewart's Drain |
| 164. | 9/21/2016 | Goat Canyon |
| 165. | 9/21/2016 | Smuggler's Gulch |
| 166. | 9/21/2016 | Canyon del Sol |
| 167. | 9/21/2016 | Silva Drain |
| 168. | 9/21/2016 | Stewart's Drain |
| 169. | 9/20/2016 | Goat Canyon |
| 170. | 9/20/2016 | Smuggler's Gulch |
| 171. | 9/20/2016 | Canyon del Sol |
| 172. | 9/20/2016 | Silva Drain |

Exhibit D

| Other Canyon Collector Overflows | | |
|---|---|---|
| # | Date | Canyon Collector |
| 173. | 9/20/2016 | Stewart's Drain |
| 174. | 7/7/2016 | Silva Drain |
| 175. | 5/8/2016 | Goat Canyon |
| 176. | 5/8/2016 | Smuggler's Gulch |
| 177. | 5/8/2016 | Canyon del Sol |
| 178. | 5/8/2016 | Silva Drain |
| 179. | 5/8/2016 | Stewart's Drain |
| 180. | 5/7/2016 | Goat Canyon |
| 181. | 5/7/2016 | Smuggler's Gulch |
| 182. | 5/7/2016 | Canyon del Sol |
| 183. | 5/7/2016 | Silva Drain |
| 184. | 5/7/2016 | Stewart's Drain |
| 185. | 5/6/2016 | Goat Canyon |
| 186. | 5/6/2016 | Smuggler's Gulch |
| 187. | 5/6/2016 | Canyon del Sol |
| 188. | 5/6/2016 | Silva Drain |
| 189. | 5/6/2016 | Stewart's Drain |
| 190. | 4/10/2016 | Goat Canyon |
| 191. | 4/10/2016 | Smuggler's Gulch |
| 192. | 4/10/2016 | Canyon del Sol |
| 193. | 4/10/2016 | Silva Drain |
| 194. | 4/10/2016 | Stewart's Drain |
| 195. | 4/8/2016 | Goat Canyon |
| 196. | 4/8/2016 | Smuggler's Gulch |
| 197. | 4/7/2016 | Goat Canyon |
| 198. | 4/7/2016 | Smuggler's Gulch |
| 199. | 4/7/2016 | Silva Drain |
| 200. | 4/7/2016 | Stewart's Drain |
| 201. | 3/12/2016 | Goat Canyon |
| 202. | 3/12/2016 | Smuggler's Gulch |
| 203. | 3/12/2016 | Canyon del Sol |
| 204. | 3/12/2016 | Silva Drain |
| 205. | 3/12/2016 | Stewart's Drain |
| 206. | 3/9/2016 | Goat Canyon |
| 207. | 3/8/2016 | Goat Canyon |
| 208. | 3/8/2016 | Smuggler's Gulch |
| 209. | 3/8/2016 | Canyon del Sol |
| 210. | 3/8/2016 | Silva Drain |
| 211. | 3/8/2016 | Stewart's Drain |
| 212. | 3/7/2016 | Goat Canyon |
| 213. | 3/7/2016 | Smuggler's Gulch |
| 214. | 3/7/2016 | Canyon del Sol |
| 215. | 3/7/2016 | Silva Drain |

Exhibit D

| Other Canyon Collector Overflows | | |
|---|---|---|
| **#** | **Date** | **Canyon Collector** |
| 216. | 3/7/2016 | Stewart's Drain |
| 217. | 3/6/2016 | Goat Canyon |
| 218. | 3/6/2016 | Smuggler's Gulch |
| 219. | 3/6/2016 | Canyon del Sol |
| 220. | 3/6/2016 | Silva Drain |
| 221. | 3/6/2016 | Stewart's Drain |
| 222. | 2/2/2016 | Goat Canyon |
| 223. | 2/1/2016 | Goat Canyon |
| 224. | 2/1/2016 | Smuggler's Gulch |
| 225. | 2/1/2016 | Canyon del Sol |
| 226. | 2/1/2016 | Silva Drain |
| 227. | 2/1/2016 | Stewart's Drain |
| 228. | 1/31/2016 | Canyon del Sol |
| 229. | 1/31/2016 | Silva Drain |
| 230. | 1/31/2016 | Stewart's Drain |
| 231. | 1/29/2016 | Stewart's Drain |
| 232. | 1/24/2016 | Canyon del Sol |
| 233. | 1/24/2016 | Stewart's Drain |
| 234. | 1/16/2016 | Goat Canyon |
| 235. | 1/10/2016 | Goat Canyon |
| 236. | 1/10/2016 | Smuggler's Gulch |
| 237. | 1/9/2016 | Goat Canyon |
| 238. | 1/9/2016 | Smuggler's Gulch |
| 239. | 1/9/2016 | Canyon del Sol |
| 240. | 1/9/2016 | Silva Drain |
| 241. | 1/9/2016 | Stewart's Drain |
| 242. | 1/8/2016 | Goat Canyon |
| 243. | 1/8/2016 | Smuggler's Gulch |
| 244. | 1/8/2016 | Canyon del Sol |
| 245. | 1/8/2016 | Silva Drain |
| 246. | 1/8/2016 | Stewart's Drain |
| 247. | 1/7/2016 | Goat Canyon |
| 248. | 1/7/2016 | Smuggler's Gulch |
| 249. | 1/7/2016 | Canyon del Sol |
| 250. | 1/7/2016 | Silva Drain |
| 251. | 1/7/2016 | Stewart's Drain |
| 252. | 1/6/2016 | Goat Canyon |
| 253. | 1/6/2016 | Smuggler's Gulch |
| 254. | 1/6/2016 | Canyon del Sol |
| 255. | 1/6/2016 | Silva Drain |
| 256. | 1/6/2016 | Stewart's Drain |
| 257. | 1/5/2016 | Goat Canyon |
| 258. | 1/5/2016 | Smuggler's Gulch |

Exhibit D

| Other Canyon Collector Overflows |||
|---|---|---|
| # | Date | Canyon Collector |
| 259. | 1/5/2016 | Canyon del Sol |
| 260. | 1/5/2016 | Silva Drain |
| 261. | 1/5/2016 | Stewart's Drain |
| 262. | 1/4/2016 | Goat Canyon |
| 263. | 1/4/2016 | Smuggler's Gulch |
| 264. | 1/4/2016 | Canyon del Sol |
| 265. | 1/4/2016 | Silva Drain |
| 266. | 1/4/2016 | Stewart's Drain |
| 267. | 12/29/2015 | Goat Canyon |
| 268. | 12/29/2015 | Smuggler's Gulch |
| 269. | 12/29/2015 | Stewart's Drain |
| 270. | 12/28/2015 | Goat Canyon |
| 271. | 12/23/2015 | Goat Canyon |
| 272. | 12/23/2015 | Smuggler's Gulch |
| 273. | 12/23/2015 | Canyon del Sol |
| 274. | 12/23/2015 | Silva Drain |
| 275. | 12/23/2015 | Stewart's Drain |
| 276. | 12/22/2015 | Goat Canyon |
| 277. | 12/22/2015 | Smuggler's Gulch |
| 278. | 12/22/2015 | Canyon del Sol |
| 279. | 12/22/2015 | Silva Drain |
| 280. | 12/22/2015 | Stewart's Drain |
| 281. | 12/20/2015 | Goat Canyon |
| 282. | 12/20/2015 | Smuggler's Gulch |
| 283. | 12/19/2015 | Goat Canyon |
| 284. | 12/19/2015 | Smuggler's Gulch |
| 285. | 12/14/2015 | Goat Canyon |
| 286. | 12/14/2015 | Smuggler's Gulch |
| 287. | 12/14/2015 | Canyon del Sol |
| 288. | 12/14/2015 | Silva Drain |
| 289. | 12/14/2015 | Stewart's Drain |
| 290. | 11/28/2015 | Goat Canyon |
| 291. | 11/28/2015 | Smuggler's Gulch |
| 292. | 11/28/2015 | Canyon del Sol |
| 293. | 11/28/2015 | Silva Drain |
| 294. | 11/28/2015 | Stewart's Drain |
| 295. | 11/27/2015 | Goat Canyon |
| 296. | 11/27/2015 | Smuggler's Gulch |
| 297. | 11/16/2015 | Goat Canyon |
| 298. | 11/15/2015 | Goat Canyon |
| 299. | 11/15/2015 | Smuggler's Gulch |
| 300. | 11/15/2015 | Canyon del Sol |
| 301. | 11/15/2015 | Stewart's Drain |

Exhibit D

| Other Canyon Collector Overflows | | |
|---|---|---|
| **#** | **Date** | **Canyon Collector** |
| 302. | 11/10/2015 | Goat Canyon |
| 303. | 11/10/2015 | Smuggler's Gulch |
| 304. | 11/4/2015 | Canyon del Sol |
| 305. | 11/4/2015 | Stewart's Drain |
| 306. | 11/1/2015 | Goat Canyon |
| 307. | 10/6/2015 | Goat Canyon |
| 308. | 10/6/2015 | Smuggler's Gulch |
| 309. | 10/6/2015 | Canyon del Sol |
| 310. | 10/6/2015 | Silva Drain |
| 311. | 10/6/2015 | Stewart's Drain |
| 312. | 10/5/2015 | Goat Canyon |
| 313. | 10/5/2015 | Smuggler's Gulch |
| 314. | 10/5/2015 | Canyon del Sol |
| 315. | 10/5/2015 | Silva Drain |
| 316. | 10/5/2015 | Stewart's Drain |
| 317. | 9/17/2015 | Goat Canyon |
| 318. | 9/17/2015 | Smuggler's Gulch |
| 319. | 9/16/2015 | Goat Canyon |
| 320. | 9/16/2015 | Smuggler's Gulch |
| 321. | 9/16/2015 | Canyon del Sol |
| 322. | 9/16/2015 | Silva Drain |
| 323. | 9/16/2015 | Stewart's Drain |
| 324. | 9/15/2015 | Goat Canyon |
| 325. | 9/15/2015 | Smuggler's Gulch |
| 326. | 9/15/2015 | Canyon del Sol |
| 327. | 9/15/2015 | Silva Drain |
| 328. | 9/15/2015 | Stewart's Drain |
| 329. | 8/30/2015 | Goat Canyon |

# EXHIBIT E

Exhibit E

| Certain Health Hazards of Subject Wastewater Discharges[1] | |
|---|---|
| **Waste Material** | **Human Health Impacts** |
| Aldrin/dieldrin | Long term exposure can result in headaches, dizziness, irritability, vomiting, or uncontrollable muscle movements. Some sensitive people seem to develop a condition in which Aldrin or dieldrin causes the body to destroy its own blood cells. EPA has determined that Aldrin and dieldrin are probable human carcinogens. Animal studies show that these substances can cause changes to the nervous system, reproductive system, kidneys, and liver and reduce the ability to fight infection. Acute exposure can cause convulsions and death. |
| DDT | Ingestion, inhalation and topical exposure affects the nervous system, causing excitability, tremors, seizures, sweating, headache, nausea, vomiting, and dizziness. People exposed for a long time to small amounts of DDT had some changes in the levels of liver enzymes in the blood. Studies have showed reductions in the duration of lactation and increased chance of having a pre-term baby. |
| Benzene | Acute exposure can result in death. Lower levels can cause drowsiness, dizziness, rapid heart rate, headaches, tremors, confusion, and unconsciousness. Ingestion can cause vomiting, irritation of the stomach, dizziness, sleepiness, convulsions, rapid heart rate, coma, and death. Topical exposure can cause redness and sores. Benzene causes problems in the tissues that form blood cells, especially the bone marrow. These effects can disrupt normal blood production and cause a decrease in important blood components, anemia, excessive bleeding, and leukemia. Reproductive hazards include irregular menstruation, decreased ovary size, low birth weight, and bone damage in fetuses. |
| Toluene | Incoordination, cognitive impairment, and vision and hearing loss may become permanent with repeated exposure. Exposure during pregnancy may lead to retardation of mental abilities and growth in children. Other health effects of potential concern may include immune, kidney, liver, and reproductive effects. Reproductive effects include spontaneous abortion. |
| Arsenic | Large oral doses in water cause death. Other effects include decreased production of red and white blood cells, which may cause fatigue, abnormal heart rhythm, blood-vessel damage resulting in bruising, and impaired nerve function causing a "pins and needles" sensation in your hands and feet. Skin changes include darkened skin and the appearance of small "corns" or "warts" on the palms, soles, and torso, and are often associated with changes in the blood vessels of the skin. Arsenic is a known carcinogen, and may cause skin, liver, bladder, and lung cancers. |
| Antimony | Antimony in drinking water can cause vomiting and abdominal pain. Stomach ulcers have been seen in animals exposed to antimony in drinking water for several months. Antimony can also cause eye irritation if it gets in the eye. Lung |

[1] All information from the Agency for Toxic Substances and Disease Registry, U.S. Center for Disease Control, Toxic Substances Portal – Public Health Statements, available at https://www.atsdr.cdc.gov/substances/index.asp

Exhibit E

| Certain Health Hazards of Subject Wastewater Discharges[1] | |
|---|---|
| **Waste Material** | **Human Health Impacts** |
| | cancer has been observed in some studies of workers, and mice breathing high concentrations of antimony. |
| Lead | Long-term exposure of adults to lead at work has resulted in decreased performance in some tests that measure functions of the nervous system. Lead exposure may also cause weakness in fingers, wrists, or ankles. Lead exposure also causes small increases in blood pressure, particularly in middle-aged and older people. Lead exposure may also cause anemia. At high levels of exposure, lead can severely damage the brain and kidneys in adults or children and ultimately cause death. In pregnant women, high levels of exposure to lead may cause miscarriage. High-level exposure in men can damage the organs responsible for sperm production. It is probably carcinogenic to humans. |
| Cadmium | Eating food or drinking water with very high cadmium levels severely irritates the stomach, leading to vomiting and diarrhea, and sometimes death. Eating lower levels of cadmium over a long period of time can lead to a build-up of cadmium in the kidneys. If the build-up of cadmium is high enough, it will damage the kidneys. Exposure to lower levels of cadmium for a long time can also cause bones to become fragile and break easily. |
| Thallium | Thallium affects the nervous system, lung, heart, liver, and kidney if large amounts are eaten or drunk for short periods of time. Temporary hair loss, vomiting, and diarrhea can also occur and death may result after exposure to large amounts of thallium for short periods. Thallium can be fatal from a dose as low as 1 gram. |
| Mercury | Exposure to mercury can cause permanent brain damage, with symptoms such as personality changes (irritability, shyness, nervousness), tremors, changes in vision (constriction (or narrowing) of the visual field), deafness, muscle incoordination, loss of sensation, and difficulties with memory. Mercury damages the kidneys, as well as the stomach and intestines, producing symptoms of nausea, diarrhea, or severe ulcers. |
| Heptachlor | Studies have shown a number of harmful health effects when animals were fed heptachlor. The effects observed in animals include damage to the liver, excitability, and decreases in fertility. Animals fed heptachlor throughout their lifetime had more liver tumors than animals that ate food without heptachlor. EPA and the International Agency for Research on Cancer have classified heptachlor as a possible human carcinogen. |
| Phenol | Ingestion of liquid products containing concentrated phenol can cause serious gastrointestinal damage and even death. Application of concentrated phenol to the skin can cause severe skin damage. Short-term exposure to high levels of phenol has caused irritation of the respiratory tract and muscle twitching in animals. Longer-term exposure to high levels of phenol caused damaged to the heart, kidneys, liver, and lungs in animals. |