Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Anne Uyeda, State Bar No. 235306
auyeda@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendant
VEOLIA WATER NORTH AMERICA-WEST, LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, a municipal corporation, SAN DIEGO UNIFIED PORT DISTRICT, a public corporation, and CITY OF CHULA VISTA, a municipal corporation,<br><br>Plaintiffs,<br>vs.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION-UNITED STATES SECTION, an agency of the United States, and VEOLIA WATER NORTH AMERICA - WEST, LLC,<br><br>Defendants. | Case No. 18cv0457 JM(JMA)<br><br>**DEFENDANT VEOLIA WATER NORTH AMERICA – WEST, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge: Hon. Jeffrey T. Miller<br>Magistrate: Hon. Jan M. Alder |

   Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, the undersigned counsel for Defendant Veolia Water North America – West, LLC ("Defendant Veolia") certifies that: (a) Defendant Veolia's parent corporations are Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia Environnement S.A; (b) Defendant Veolia is not a publicly held corporation; and (c) the ultimate parent

corporation is Veolia Environnement S.A., which is a publicly-traded company based in France.

By filing this Notice of Party with Financial Interest, Defendant Veolia does not waive any defenses under Federal Rule of Civil Procedure 12(b) or that it may otherwise raise by a responsive pleading.

Dated: March 19, 2018  BIENERT, MILLER & KATZMAN, PLC

By: */s/ Thomas J. Bienert, Jr. /s/*
    Thomas J. Bienert, Jr.
    Email: tbienert@bmkattorneys.com
    Anne A. Uyeda
    Email: auyeda@bmkattorneys.com

    Attorneys for Defendant Veolia Water North America – West, LLC

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court, and at whose direction I caused service of the foregoing **DEFENDANT VEOLIA WATER NORTH AMERICA-WEST, LLC'S NOTICE OF PART WITH FINANCIAL INTEREST** on all interested parties in this action as follows:

**[X] BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

Timothy R. Sloane  tim@sheredling.com
Matthew K. Edling  matt@sheredling.com
Victor M. Sher    vic@sheredling.com
Attorneys for Plaintiffs the City of
Imperial Beach, the San Diego United Port District,
and the City of Chula Vista


Thomas A. Russell  trussell@portofsandiego.org
Ellen F. Gross    egross@portofsandiego.org
John N. Carter   jcarter@portofsandiego.org
Attorneys for Plaintiff the San Diego Unified Port District

Glen R. Googins  ggoogins@chulavistaca.gov
Bart J. Miesfeld   bmiesfeld@chulavista.gov
City of Chula Vista Office of the City Attorney

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2018, at San Clemente, California.

                                            */s/ Toni Lindemann*
                                            Toni Lindemann