UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, a municipal corporation, SAN DIEGO UNIFIED PORT DISTRICT, a public corporation, and CITY OF CHULA VISTA, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION-UNITED STATES SECTION, an agency of the United States, and VEOLIA WATER NORTH AMERICA - WEST, LLC,<br><br>Defendants. | Case No.: 18cv457 JM (JMA)<br><br>**ORDER DENYING MOTIONS TO DISMISS AS MOOT** |

In light of the filing of the First Amended Complaint on May 29, 2018, the court denies Defendants' motions to dismiss (Doc. Nos. 11, 12) as moot.

IT IS SO ORDERED.

DATED: May 30, 2018

_____
JEFFREY T. MILLER
United States District Judge