UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH; SAN DIEGO UNIFIED PORT DISTRICT; and CITY OF CHULA VISTA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION; and VEOLIA WATER NORTH AMERICA WEST, LLC,<br><br>　　　　　　　　　　Defendants. | Case No.: 18cv457 JM (JMA)<br><br>**ORDER DEEMING MOOT MOTION FOR STAY OF EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES** |

　　　　Defendant International Boundary and Water Commission, United States Section ("USIBWC") moves for a stay of the deadlines set by the Order for Early Neutral Evaluation Conference and Case Management Conference until appropriations are restored to the Department of Justice and USIBWC. (Doc. No. 47.) Defendant Veolia Water North America West, LLC, and Plaintiffs do not oppose USIBWC's motion. USIBWC's motion is deemed moot in light of General Order No. 688, which is attached below.

　　　　IT IS SO ORDERED.

DATED: January 10, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge



## General Order No. 688

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE FEDERAL LAPSE IN APPROPRIATIONS | Case No.: 18-mc-01938-BTM<br><br>TEMPORARY GENERAL ORDER STAYING CIVIL MATTERS INVOLVING THE UNITED STATES AS A DEFENDANT |

Before the Court is the *Ex Parte* Application of the United States for a Temporary General Order Staying Civil Matters Involving the United States as a Party arising from a lapse in appropriations currently impacting the Department of Justice and the United States Attorney's Office for the Southern District of California. Having considered the *Ex Parte* Application of the United States, and for good cause shown, the Court enters this General Order.

1. At midnight on December 21, 2018, funding for the Department of Justice expired and appropriations to the Department lapsed. Many other Executive agencies are also experiencing a lapse in appropriations.

2. Absent funding, Assistant U.S. Attorneys and support staff assigned to the Civil Division of the U.S. Attorney's Office who are funded by direct

appropriations may not lawfully provide uncompensated services on behalf of the Government.

> An officer or employee of the United States Government . . . may not accept voluntary services . . . exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property. . . . [T]he term "emergencies involving the safety of human life or the protection of property" does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property.

31 U.S.C. § 1342. As a result, on December 22, 2018, non-supervisory Assistant U.S. Attorneys and support staff assigned to the Civil Division of the U.S. Attorney's Office, funded by direct appropriations, went into furlough status. Furlough means the placing of an employee in a temporary status without duties because of lack of work or funds or other nondisciplinary reasons. 5 U.S.C. § 7511(a)(5). If the funding situation does not change, some Assistant U.S. Attorneys may be called back from furlough status, but only on a critical need basis to protect life or property.

    3.    The United States Attorney's Office has sought a stay of all civil cases within the Southern District of California wherein the United States or an agency, corporation, officer or employee of the United States is a party until Congress restores appropriations to the Department of Justice. This includes those cases involving federally funded facilities (and their officers, employees, and contractors) that the U.S. Department of Health and Human Services Secretary has deemed to be employees of the U.S. Public Health Service pursuant to the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233(g)-(n), as amended by the Federally Supported Health Centers Assistance Act of 1995, Pub. L. No. 104-73, 109 Stat. 777 (1995). These entities are shielded under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680 from liability while acting within the scope of their duties, with the United States assuming liability for any negligent

acts they may commit. 42 U.S.C. § 233(g)(l). Further, the United States Attorney's Office has requested that the Court extend all current deadlines commensurate with the duration of the lapse in appropriations. This includes but is not limited to the electronic filing of all Social Security Administration Transcripts and the delivery of courtesy copies of the transcripts to the Court.

4.  Based on the number of cases involved, consulting all parties to all litigation in which the United States, or an agency, corporation, officer or employee of the United States is a defendant, is impracticable. Likewise, requesting individual extensions of time or stays in such cases, at a time when U.S. Attorney's Office personnel may not lawfully work, is impracticable.

5.  To preserve the status quo until restoration of funding, all civil cases within the Southern District of California wherein the United States or an agency, corporation, officer or employee, deemed or otherwise, of the United States is a defendant are stayed unless otherwise ordered by the assigned district judge. All deadlines, due dates or cut-off dates in such cases are extended for a period of time commensurate with the duration of the lapse in appropriations.

6.  Civil hearings involving the United States or an agency, corporation, officer or employee, deemed or otherwise, of the United States as a defendant will be reset at a time after the lapse in appropriations.

7.  This Order does not alter, vacate or stay any obligation of individuals to pay amounts previously lawfully determined to be owed to the United States or to an agency or office of the United States.

8.  This Order does not prohibit, in any manner, the ability of parties to file claims or commence actions against the United States. However, the cases or matters commenced while there is a lapse in appropriations will be immediately stayed, pending restoration of appropriations. All deadlines, response dates, due dates or cut-off dates in such cases will be extended for a period of time commensurate with the duration of the lapse in appropriations.

9. The United States Attorney's Office shall notify the Court when Congress restores appropriations to the Department of Justice, and the Court will enter additional instructions and guidance at that time.

**IT IS SO ORDERED.**

DATED: January 9, 2019

_____
BARRY TED MOSKOWITZ,
Chief Judge
United States District Court

_____
LARRY A. BURNS, Judge
United States District Court

_see attached_
_____
DANA M. SABRAW, Judge
United States District Court

_____
WILLIAM Q. HAYES, Judge
United States District Court

_____
JANIS L. SAMMARTINO, Judge
United States District Court

_____
ANTHONY J. BATTAGLIA, Judge
United States District Court

_____
CATHY ANN BENCIVENGO, Judge
United States District Court

_____
GONZALO P. CURIEL, Judge
United States District Court

4

| | |
|---|---|
| _____<br>CYNTHIA BASHANT, Judge<br>United States District Court | _see attached_____<br>WILLIAM B. ENRIGHT, Judge<br>United States District Court |
| _____<br>MARILYN L. HUFF, Judge<br>United States District Court | _see attached_____<br>JEFFREY T. MILLER, Judge<br>United States District Court |
| _____<br>THOMAS J. WHELAN, Judge<br>United States District Court | _see attached_____<br>M. JAMES LORENZ, Judge<br>United States District Court |
| _____<br>JOHN A. HOUSTON, Judge<br>United States District Court | _see attached_____<br>ROGER T. BENITEZ, Judge<br>United States District Court |
| _____<br>MICHAEL M. ANELLO, Judge<br>United States District Court | |

5

9. The United States Attorney's Office shall notify the Court when Congress restores appropriations to the Department of Justice, and the Court will enter additional instructions and guidance at that time.

**IT IS SO ORDERED.**

DATED: _____

| | |
|---|---|
| _____ | _____ |
| BARRY TED MOSKOWITZ, Chief Judge United States District Court | LARRY A. BURNS, Judge United States District Court |
| _____*signature*_____ DANA M. SABRAW, Judge United States District Court | _____ WILLIAM Q. HAYES, Judge United States District Court |
| _____ JANIS L. SAMMARTINO, Judge United States District Court | _____ ANTHONY J. BATTAGLIA, Judge United States District Court |
| _____ CATHY ANN BENCIVENGO, Judge United States District Court | _____ GONZALO P. CURIEL, Judge United States District Court |

```
_____          _____
CYNTHIA BASHANT, Judge               WILLIAM B. ENRIGHT, Judge
United States District Court         United States District Court


_____          _____
MARILYN L. HUFF, Judge               JEFFREY T. MILLER, Judge
United States District Court         United States District Court


_____          _____
THOMAS J. WHELAN, Judge              M. JAMES LORENZ, Judge
United States District Court         United States District Court


_____          _____
JOHN A. HOUSTON, Judge               ROGER T. BENITEZ, Judge
United States District Court         United States District Court


_____
MICHAEL M. ANELLO, Judge
United States District Court
```

Case 3:18-cv-00457-JM-LL   Document 48   Filed 01/10/19   PageID.2086   Page 9 of 10

```
_____          _____
CYNTHIA BASHANT, Judge               WILLIAM B. ENRIGHT, Judge
United States District Court         United States District Court


_____          _____
MARILYN L. HUFF, Judge               JEFFREY T. MILLER, Judge
United States District Court         United States District Court


                                     /s/ M. James Lorenz
_____          _____
THOMAS J. WHELAN, Judge              M. JAMES LORENZ, Judge
United States District Court         United States District Court


_____          _____
JOHN A. HOUSTON, Judge               ROGER T. BENITEZ, Judge
United States District Court         United States District Court


_____
MICHAEL M. ANELLO, Judge
United States District Court
```

1
2
3

_____
CYNTHIA BASHANT, Judge
United States District Court

_____
WILLIAM B. ENRIGHT, Judge
United States District Court

4
5
6
7
8

_____
MARILYN L. HUFF, Judge
United States District Court

_____
JEFFREY T. MILLER, Judge
United States District Court

9
10
11
12
13

_____
THOMAS J. WHELAN, Judge
United States District Court

_____
M. JAMES LORENZ, Judge
United States District Court

14
15
16
17

_____
JOHN A. HOUSTON, Judge
United States District Court

*/s/ Roger T. Benitez*
_____
ROGER T. BENITEZ, Judge
United States District Court

18
19
20
21
22

_____
MICHAEL M. ANELLO, Judge
United States District Court

23
24
25
26
27
28

5