GLEN R. GOOGINS (SBN 137977)
ggoogins@chulavistaca.gov
KAREN L. ROGAN (SBN 235582)
krogan@chulavistaca.gov
**CITY OF CHULA VISTA**
**OFFICE OF THE CITY**
**ATTORNEY**
276 4th Avenue
Chula Vista, CA 91910
Tel: (619) 691-5037
Fax: (619) 409-5823

*Attorneys for the City of Chula Vista*

VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
MEREDITH WILENSKY (SBN 309268)
meredith@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Ste. 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929

*Attorneys for Plaintiffs the City of*
*Imperial Beach, the San Diego Unified*
*Port District, and the City of Chula Vista*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, et al., | Case No. 3:18-cv-00457-JM-JMA |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned counsel, who is admitted to practice before this Court, hereby appears for the Plaintiff City of Chula Vista, a municipal corporation, and requests that all further papers and correspondence be served upon her.

KAREN L. ROGAN (SBN 235582)
KRogan@chulavistaca.gov
**CITY OF CHULA VISTA**
**OFFICE OF THE CITY ATTORNEY**
276 4th Avenue
Chula Vista, CA 91910
Tel: (619) 691-5037
Fax: (619) 409-5823

Dated:  March 13, 2019                    **SHER EDLING LLP**

By:  /s/ _____
     Karen L. Rogan

*Attorney for Plaintiffs the City of Chula Vista*

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on March 13, 2019, the foregoing document(s) was filed

3 with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email

4 to all registered parties by the Court's electronic filing system.

5

6                       By: /s/_____

                          Karen L. Rogan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHER
EDLING LLP

18cv00457