UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH;<br>SAN DIEGO UNIFIED PORT DISTRICT; and<br>CITY OF CHULA VISTA,<br><br>Plaintiffs,<br><br>v.<br><br>THE INTERNATIONAL BOUNDARY AND WATER COMMISSION–UNITED STATES SECTION; and<br>VEOLIA WATER NORTH AMERICA–WEST, LLC,<br><br>Defendants. | Case No.: 18cv457-JM-LL<br><br>**ORDER GRANTING JOINT MOTION RE DISCOVERY WITH MODIFICATIONS**<br><br>**[ECF No. 57]** |

On March 14, 2019, the parties filed a document titled "Joint Motion Re: Discovery." ECF No. 57. In the joint motion, the parties request that the Court enter their stipulated proposed agreement governing "discovery of certain electronically stored information and privileged materials." Id. at 3. The Court has reviewed the proposed agreement, and for good cause shown, **GRANTS** the joint motion with the following modifications:

1. Section B.7.a. should read as follows:

> <u>Discovery Disputes</u>. Before filing any motion with the Court regarding electronic discovery or evidence, the Parties will meet and confer in a good faith attempt to resolve such disputes. Discovery disputes are subject to the Chambers Rules of the applicable Judge, which may set forth rules regarding timeliness and requirements for the filing of motions involving discovery disputes.

2. Section D.8. should read as follows:

> If a Party wishes to dispute a claim of privilege asserted under this Joint Motion, such Party shall, within fourteen (14) days, move the Court for an order compelling disclosure of the information, provided that the motion is timely according to the Chambers Rules of the applicable Judge and is also in conformance with any requirements set forth in the Local Rules and the Chambers Rules of the applicable Judge. The Party shall follow the procedures described in Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure, the Local Rules, and the Chambers Rules of the applicable Judge. The Parties shall follow and abide by applicable law, including Civil Local Rule 79.2, Section 2.j of the Electronic Case Filing Administrative Policies and Procedures, and the Chambers Rules, with respect to filing documents under seal. Pending resolution of the motion, the Parties shall not use the challenged information for any other purpose and shall not disclose it to any person other than those required by law to be served with a copy of the sealed motion.

3. Section D.9. should read as follows:

> The Parties may stipulate to extend the time periods specified in paragraphs 5, 6, and 8 above. However, any stipulation by the Parties shall not operate to circumvent the Civil Local Rules regarding stipulations, nor the Chambers Rules of the applicable Judge regarding timeliness and other requirements for the filing of motions regarding discovery disputes, including, but not limited to, those disputing or asserting privilege.

///

///

///

4. A new section shall be added as Section G and it shall read as follows:

> <u>Modifications</u>. The Court may modify this Joint Motion in the interests of justice or for public policy reasons.

**IT IS SO ORDERED**.

Dated: March 27, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge