# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, et al.,<br><br>Defendants. | Case No. 3:18-cv-00457-JM-LL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE AND MODIFY RELATED DATES**<br><br>[ECF No. 75] |

The Court, having reviewed the Joint Motion to Continue Settlement Conference and Modify Related Dates ("Motion"), and good cause appearing therefore, **ORDERS** that:

1. The Motion [ECF No. 75] is **GRANTED**.
2. The settlement conference currently set for September 9, 2019 is continued to **October 16, 2019** at **9:30 A.M**.

3. The telephonic case management conference currently set for August 26, 2019 is continued to **September 23, 2019** at **1:30 P.M**.

4. The date for the Parties to exchange documents discussed at the June 26, 2019 Settlement Conference is continued to **September 6, 2019**, and the date to lodge documents with the Court is continued to **September 13, 2019**.

**IT IS SO ORDERED.**

Dated: August 20, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge