UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, et al.,<br><br>Defendants. | Case No.:  18cv457 JM (LL)<br><br>**ORDER DISMISSING DEFENDANT VEOLIA WATER NORTH AMERICA – WEST, LLC WITH PREJUDICE** |

On June 26, 2020, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulated to dismiss Defendant Veolia Water North America – West, LLC ("Veolia Water"). (Doc. No. 98.) Pursuant to Local Rule 7.1(b), the court interprets the stipulation as a joint motion. The motion is **GRANTED**. Veolia Water is DISMISSED as a defendant with prejudice. Claims and disputes as to fees and costs attributable to Veolia Water's participation in this litigation shall be borne as provided for by the terms of the settlement agreement between Plaintiffs and Veolia.

IT IS SO ORDERED.

DATED: July 9, 2020

_____
JEFFREY T. MILLER
United States District Judge