TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW S. COGHLAN (CA Bar # 313332)
LUCY E. BROWN (HI Bar # 10946)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-9275
andrew.coghlan@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF IMPERIAL BEACH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00457-JM-JLB<br><br>**NOTICE OF SETTLEMENT** |
| SURFRIDER FOUNDATION, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, an agency of the United States,<br><br>Defendant. | Case No. 3:18-CV-01621-JM-JLB |

PEOPLE OF THE STATE OF CALIFORNIA, EX. REL. THE REGIONAL WATER QUALITY CONTROL BOARD, SAN DIEGO REGION, *et al.*,

Plaintiffs,

vs.

INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, *et al.*,

Defendants.

Case No. 3:18-cv-02050-JM-JLB

The Parties jointly submit this Notice to inform the Court that on or around April 11, 2022, they will have fully executed a Settlement Agreement. Pursuant to the terms of that Settlement Agreement, and as noted in previous filings, Plaintiffs will move for dismissal of these related actions under Federal Rule of Civil Procedure 41(a)(2) while requesting that the Court retain jurisdiction solely to consider any claims for attorneys' fees and costs. Plaintiffs will file that motion within seven days from the date the Settlement Agreement is fully executed by all Parties.

Respectfully Submitted

Dated: April 11, 2022

By: */s/ Phillip M. Hoos*
Phillip M. Hoos
Noah Golden-Krasner

**Office of the Attorney General of the State of California**

*Attorneys for Plaintiff the People of the State of California, ex rel., the Regional Water Quality Control Board, San Diego Region*

By: */s/ Timothy R. Sloane*
Matthew K. Edling
Victor M. Sher
Timothy R. Sloane

**Sher Edling LLP**

*Attorney for Plaintiffs the City of Imperial Beach, the San Diego Unified Port District, and the City of Chula Vista*

By: */s/ Andrew M. Vogel*
Hayley Peterson
Andrew M. Vogel

**Office of the Attorney General of the State of California**

*Attorneys for Plaintiff State Lands Commission*

By: */s/ Julie Rau*
Mara W. Elliott
Mark Ankcorn
Julie Rau

**City of San Diego – Office of the City Attorney**

*Attorneys for Plaintiff City of San Diego*

By: */s/ Jiaxiao Zhang*
Margaret H. Warner
Jennifer B. Routh
Jiaxiao Zhang

**McDermott Will & Emery LLP**

*/s/ Angela T. Howe*
Angela T. Howe

**Surfrider Foundation**

*Attorneys for Plaintiff Surfrider Foundation*


By: */s/ Andrew S. Coghlan*
Andrew S. Coghlan
Lucy E. Brown

**U.S. Department of Justice – Environmental Defense Section**

Attorneys for Defendant the International Boundary and Water Commission – United States Section