UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>THE INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION,<br><br>                           Defendant. | Case No.: 18cv457 JM (JLB)<br><br>**ORDER ON MOTION TO DISMISS** |

Presently before the court is Plaintiffs' Unopposed Motion to Dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 154). For good cause shown, Plaintiffs' Motion is **GRANTED**. Pursuant to the Parties' request, the court retains jurisdiction of this action, in the event it becomes necessary to adjudicate disputes on the Parties' attorneys' fees and costs. In light of the Parties' representations that they will meet and confer within a 90-day period in the hopes of informally resolving any such disputes, the court sets the deadline to file a motion for attorneys' fees and costs to no later than 120 days after the filing of this Order. This action is **DISMISSED WITHOUT PREJUDICE.**

        IT IS SO ORDERED.

DATED: April 25, 2022

_____
JEFFREY T. MILLER
United States District Judge