UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IMPERIAL BEACH, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.:  18cv457 JM (JLB)<br><br>**ORDER ON JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR FEES AND COSTS** |

　　　Presently before the court is the Parties' "Joint Motion to Continue the Deadline to File a Motion for Fees and Costs" in *City of Imperial Beach et al. v. The International Boundary & Water Commission – United States Section et al.*, 18cv457 JM(JLB). (Doc. No. 162).  This is the Parties second such request. (Doc. Nos. 158; 162).

　　　On April 25, 2022, the court granted Plaintiffs' unopposed motions to dismiss the above-captioned case and related cases *People of the State of California v. International Boundary and Water Commission et al.*, 18cv2050 JM(JLB) and *Surfrider Foundation v. The International Boundary and Water Commission United States Section*, 18cv1621 JM(JLB) (collectively, "the Water Cases") with prejudice.  (*See e.g.*, Doc. No. 155).  The court retained jurisdiction of the Water Cases solely to resolve any possible disputes over

1

18cv457 JM (JLB)

Plaintiffs' attorneys' fees and costs and set the deadline for Plaintiffs to file Motions for Attorneys' Fees and Costs by August 23, 2022—in the event the court's intervention was required. *Id.* at 1. On August 12, 2022, the court granted a ninety-day continuance of the deadline for Plaintiffs to file Motions for Attorneys' Fees and Costs in the Water Cases. (Doc. No. 158).

In the instant Motion, the Parties request another ninety-day continuance for Plaintiffs to file a Motion for Attorneys' Fees and Costs in the above-captioned case *only*. (Doc. No. 162 at 3).[1] As to the above-captioned case, the Parties represent negotiations remain ongoing and the Parties have made "substantial progress" toward settling the issue of Plaintiffs' fees and litigation costs and "significantly narrowed the gap between their respective positions." *Id.* More specifically, USIWBC's counsel, Andrew S. Coghlan, avers in his attached declaration that the Parties have conducted a line-by-line review of more than eight thousand billing entries and cost records so far and managed to close "roughly two-thirds of the gap between their respective positions." (Doc. No. 162-1 at ¶ 3).

///
///
///
///
///

---

[1] The Parties in *People of the State of California v. International Boundary and Water Commission et al.*, 18cv2050 JM(JLB) filed a separate Motion to Continue the deadline for Plaintiffs to file a Motion for Attorneys' Fees and Costs in that case.

The Parties in the *Surfrider Foundation v. The International Boundary and Water Commission United States Section*, 18cv1621 JM(JLB) case, however, did not file a similar Motion. Based on the record before it, the court assumes the Parties in *Surfrider* have either resolved their differences or that Plaintiffs do not require a continuance of their deadline to file a Motion for Attorneys' Fees and Costs.

1       For good cause shown, the court **GRANTS** the Parties' Joint Motion.  Plaintiffs'
2 deadline to file a Motion for Attorneys' Fees and Costs is **RESET** to <u>**February 20, 2023**</u>
3 <u>**in the above captioned case only**</u>.  The Parties are directed to provide a Joint Status
4 Report to the court regarding the status of their negotiations by <u>**January 13, 2023**</u>.
5 DATED: November 15, 2022

                                                      JEFFREY T. MILLER
                                                    United States District Judge